Devoris Antoine Newson

U.S.D.C.
For the Middle Dist. of TN
Nashville Division

vs.

Trinity Services Grp. Et al

No. 3:23-CV-00081

RECEIVED
FEB 16 2023
U.S. District Court
Middle District of TN

## Motion for Art. III courts
## Common Law Jury trial demand
### 7th amendment.

I now cross the Bar as "Lawful Person" giving proper notice of my common law jury trial demand, to the "Legal Person" Judge Eli Richardson who has attempted to gain or coerce me to engage or rather conduct this case matter under the international law of the sea in which legal persons all operate under systems of law known as codes, statutes, and Regulations, I hereby assert and establish my right under the 7th amend. of the U.S. Const. To proceed before the (Kings Bench) in the above title case matter.

### Certificate of service

I certify this as a true copy forwarded to the U.S. Dist. Court this 2-9-23 date by U.S. mail

Sig: ~~~~~~ ph. 3°
DEVORIS NEWSON
410 Macon Way

Notice to Clerk: Request a copy of case summary/docket sheet asserting my jury trial demand and filing of my amended complaint.

