In the United States District Court
For the middle District of TN
Nashville Division

Devoris Antoine Newson #
common law person
vs
Trinity Services Grp. Ex.

No. 3:23-cv-00081  pg 1 of 4

Motion in Response To Judges order

The plaintiff objects to the Judges order, due to the fact that the plaintiff has demanded a 7th U.S. Const. amend. common law Jury trial, furthermore the plaintiff has demanded the courts to proceed under Art III common law court states, yet Judge Richardson either does not recognize my demands as an invocation of common law venue, or he has forgotten his oath of office. This case will not be tried under ~~states~~ Article 1 courts, nor will the Judge continue to act in an art. 1 administrative compacity, I do not what ~~thats~~ thoughts lie in the mind of the Judge, but I take his court order as an attempt to test my legal intellectual capabilities, Judge Richardson you took a double oath of office under the Judicial act of 1989, yet you state on record that you alone intend to abridge my Supreme law right to a common law Jury trial (7th amend.) Based on a created federal statute that is in contravention to the Supreme law of the land an thus invalid, you and I both No / know and or are enlightened or rather illuminated to this undisputable substantial arguement, to implicate or insinuate your intentions to dismiss my case, is borderline treason, Your allegiance is to the U.S. Constitution, You serve the interest of I / we the American people

Nevoris Antoino Newson
vs.
Trinity Services Group Et.al No. 3:23-CV-00081    pg 2 of 4

"Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." American Federation of State, County and Municipal Employees - AFL-CIO v. Woodward, 406 F.2d 1371

18 U.S.C. §242 Deprivation of rights under color of law: "Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any state, territory, or district to the deprivation of any rights, privileges or immunities secured or protected by the constitution of the U.S..."

"There is no risk of criminal prosecution where one in good faith challenges an agency" Casey v. FTRCA Wash. 578 F.2d 793 (1978)

Judge richardson's argument made (quoting Becker v. Montgomery, 532 U.S. 757, 764 (2001)) in fact supports my actions in giving my signature. "As Rule 11(a) (illegal) is now framed... the requirement of a signature [indicates], as a signature requirement commonly does and as it did in John Hancock's day, a name hand written (OR A MARK HANDPLACED). "Mark 1. A symbol, impression, or feature on something, used to identify it or distinguish it from something else." Black Laws Dictionary 10th edition Bryan D. Garner.) Thus I stand dumbfounded, that Judge Richardson would use this argument in support of his order, it clearly establishes plaintiff's rights to place a mark by hand to establish my signature in which is legally defined as a symbol. Furthermore Fed Rule 38 (a) of Civil Pro.

Devoris Antoine Newson
vs
Trinity Food Services, et. al   No. 3:23-cv-00081    pg. 3 of 4

clearly establishes the Supreme Law a.k.a. the Highest Law of the land, which has never been abolished and is in effect today. "Our One Supreme Court is ~~a superior~~ preserved under the under the 7th amendment and FRCP 38(a) Right Preserved. The right of trial by jury as declared by the 7th Amendment to the Constitution or as provided by a Federal statute - is preserved to the parties "inviolate" (emphasis added) (inviolate - Free from violations; incapable of being violated Black's Law Dictionary 10th ed.) As the plaintiff's Amended complaint establishes his 7th amend. FRCP 38(a) Common law Jury trial demand in which thus establishes FRCP 39(A) when a demand is Made. When a Jury trial has been demanded under Rule 38, the action must be designated on the docket as a Jury action. The trial or all issues so demanded must be by Jury...

Thus any Article 1 ~~legislative~~ created statute "Federal" That would ultimately By subterfuge abridge petitioners right to trial By Jury in contravention of the Supremacy Clause is illegal. "The Constitution is to be interpreted according to common law Rules" Schuck vs. U.S. 195 US 65, 24 Sup. Ct. 826 The Constitution is to be interpreted according to Common Law Rules, it is a Common Law Contract Between the sovereign states and its federal government and must be interpreted as such.

A statute will not be construed so as to overrule a principle of established Common Law, unless it is made plain by the act that such a change in

Devoris Antonio Newson  U.S.D.C.
vs  Middle District of Tn.
Trinity Services Grp. et al  No. 3:23-CV-00081  pg 4 of 4

the established law is intended."
Starkey Construction Inc. vs Elcon Inc. 248 Ark 958, 978A, 457 S.W.2d 509, 7UCCRS 923.
Now I must with all authority vested in the Sovereign American People challenge the statutory, legislatively created Article 1 district court Judge Richardson "Eli" Jurisdiction and or authority to Refuse to act under common law Art. III status, By what authority do you have the right to abridge my Supreme Law Right 7th amend. to a common law Jury trial?
By what authority and or Jurisdiction can you Refuse to seat the Kings Bench in the U.S. Federal Court? I assert that you Judge lack authority and jurisdiction to refuse to activate Art. III status, abridge plaintiff's Rights to a Jury trial common law, using legislative commercial statutes to abridge the 7th amend under the U.S. Const. Which is Supreme.
I assert and establish for the record that I do not consent nor do I submit to the Jurisdiction of the Statutory Art. 1 courts, I have not waived my Right to common law venue instead I have demanded and enforced it, in which Judge Eli Richardson in order to uphold your Oath of office is ministerially obligated to comply with my demands and address any and every issue concerning my case before a proper Jury in common law venue.

Certificate of Service
I have caused a true copy of 5 pg. motion to be filed with trial clerk this 6th day of February 2023
Sig: [signature]
Devoris Newson #620170
TTCC 140 Macon Way

Case 3:23-cv-00081   Document 8   Filed 02/16/23   Page 4 of 5 PageID #: 44

