In the U.S. District Court
for the Middle Dist.

devoris antoine newson    2-21-23    case # 3:23-CV-00081
vs.
Trinity Food Services et. al

Judicial Notice / 28 U.S.C. 1746 Unsworn Declaration

I recieved the amended complaint stamp filed from the District Court Clerk, On 2-21-23 I did not recieve Recieve the Summons I requested be signed an sealed to by the U.S. District Court Clerk, Nor have I recieved the in forma pauper application on a copy of the signed 6th month account Trust form, however I assert at this time the U.S. District Court Clerk has committed a "breach of office", and has interfered with the proper litigation of my case matters, while the clerk has chosen to refuse to follow the Federal Rules an procedures is beyond my comprehention at this time. Knowing full well that upon my request, They are to sign, seal and Return my summons to me to be issued to the plaintiffs defendants "instanter", yet this has been stopped due to the clerk's Refusal to sign seal an return 6 summons, the extra 1 was sent with my response to the judges latest order entered.

I devoris antoine newson one of the "people" of the american republic standing on public law, due certify under the penalty of perjury that the foregoing is true and correct this 21st day of Feb 2023

Sig: [signature]   witness: TERRY LEE JAMES
devoris NEWSON
TrCC WC(30   witness: Ricky Lane Grayson 327565
140 macon cmp
hartsville TN 37074

RECEIVED

MAR 09 2023

U.S. District Court
Middle District of TN

Case 3:23-cv-00081   Document 9   Filed 03/09/23   Page 1 of 2 PageID #: 46

2-24-23

Devons Nauson #620172
T.T.C.C. (WC130)
140 macon ~~way~~
Hartsville, Tenn. 37074

7022 2410 0000 6022 1191

Clerk of Courts office
U.S.D.C.
Middle District
719 Church Street
Nashville, T.N. 37203

RECEIVED
MAR 09 2023
U.S. District Court
Middle District of TN