In the U.S. District Ct.
Middle District

devoris antoine newson    2-24-23    case# 3:23-CV-00081
vs
Trinity Food Services et al.   (SUI JURIS)



RECEIVED
MAR 09 2023
U.S. District Court
Middle District of TN

28 U.S.C. 1746 unsworn declaration

I (devoris antoine newson) standing in the capacity of [public law] [common law] [land and soil jurisdiction] derived from ancient Yahweh worship, as one of the american "people" of the Republic, in which sovereign power resides in and with the people, declare that the foregoing is true and correct under the penalty of perjury executed this 24th day of February 2023
Sig: ?? on m.3°    witness: TERRY LEE JAMES
                  witness: JAMES C PELFREY

Empowered with "Canon Law Trusts" inalienable Rights organized for the common benefit of the "people" I assert as the Record should Reflect, I by certified U.S. mail forwarded 7 summons to the U.S.D.C. administrative clerk to be signed and sealed in accordance with F.R.C.P. 3(4) (under Rule 4(a) this is to be followed (forthwith) by issuance of a summons and its delivery to an office for service. (Forthwith, adv. (14c). 1. immediately; without delay. 2. Directly; promptly; Black Laws dict. 10 Edition) Through experience I presumed the clerk would not follow his/her ministral duty according to the own clearly established rules of law, so I in accordance with F.R.C.P. 4(B) gave notice to the clerk to sign and seal the 7 summons I presented to him/her and issue them to me/plaintiff for service on the defendants, yet the clerk again acted in direct contravention of his/her ministral duty twice concerning the original and amended complaint, In which the courts lacked jurisdiction to act in this capacity in which thus has resulted in violation of 18 U.S.C. 242, In order to prevent further acts of Tyranny

U.S.D.C

pg 2 of 2
28 U.S.C 1746    case # 3:23-CV-00081

of the courts who's actions establish there refusal to act in the common law Art III court's compacity, after the plaintiff's multiple demands and invocations to the courts, in order that Justice may be preserved, along with the plaintiffs right to prompt disposition of all matters, at the Kings bench the Sovereign plaintiff at this time will issue the summons in which will state the U.S.D.C. clerk refused to do her ministrial duties these summons will be issued with complaints the certified mail.

Certificate service
I have caused this 2 pg vnsworn declaration to be filed this 27th day by U.S. mail this Feb. 2023 yr. Through the U.S.D.C. Clerk.

sig. _____

Devoris A. Newson
FIGG WC-130
140 MACON WAY
HARTSVILLE T.N. 37074

Devon Newson #620172
T.T.C.C. (WC130)
140 Macon Way
Hartsville, TN. 37074

2-24-23

CERTIFIED MAIL

7022 2410 0000 6022 1191

Clerk of Courts office
U.S. D.C.
Middle District
719 Church Street
Nashville, TN. 37203

RECEIVED
MAR 09 2023
U.S. District Court
Middle District of TN

37203-709599

US POSTAGE
ZIP 37074 $ 008.00
0000363323 MAR. 01, 2023

TENNESSEE DEPARTMENT OF CORRECTION
THIS LETTER IS NEITHER INSPECTED
NOR CENSORED — TDOC IS NOT
RESPONSIBLE FOR ITS CONTENTS

DEBORAH