3:23-cv-00081

*Notice*

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

8 copy's of proof of service additional 8 copys to be mailed back to me stamp filed

3-8-23

[signature] mmm. 3°

DEVORIS NEWSON 620472
TTCC   WC130
Hartsville TN 37074

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Captain Smith__

was received by me on *(date)* __3-8-23__.

☒ I personally served the summons on the individual at *(place)* __TTCC 140 Macon Way Hartsville T, No__ on *(date)* __3-8-23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3-8-23__

_____
Server's signature

__Devoris Newson (Prince hall)__
Printed name and title

__TTCC 140 Macon Way Hartsville TN 37074__
Server's address

Additional information regarding attempted service, etc:

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kltch officer Co# Leon__

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* __TTCC__
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-8-23__

_____
Server's signature

__Devoris Newson (Prince hall)__
Printed name and title

__TTCC 140 MACON WAY, Hartsville TN 37074__
Server's address

Additional information regarding attempted service, etc:

**RECEIVED**
**MAR 17 2023**
U.S. District Court
Middle District of TN

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

This summons for *(name of individual and title, if any)* **CEO Damon Hinniger**

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Damon Hinniger**
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **President Damon Hinniger**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Core Civic**
_____ on *(date)* **3-8-23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3-8-23**

_____ m.m.3°
Server's signature

**DEVORIS NEWSON (Prince hall)**
Printed name and title

**TTCC 140 Macon Way Hartsville T.N. 37074**
Server's address

Additional information regarding attempted service, etc:

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* C/O DAWN HAMMOND, PHR

was received by me on *(date)* 3-8-23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* C/O DAWN HAMMOND, PHR
_____ , a person of suitable age and discretion who resides there,
on *(date)* 3-8-23 and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* DAWN HAMMOND , who is
designated by law to accept service of process on behalf of *(name of organization)* TRINITY FOOD SERVICES
_____ on *(date)* 3-8-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-8-23

Server's signature

DEVORIS NEWSOM (Prince hall)
Printed name and title

TTCC 140 MACON WAY HARTSville TN 37074
Server's address

Additional information regarding attempted service, etc:

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Food Stewart WAGNER

was received by me on *(date)* 3-8-23.

☒ I personally served the summons on the individual at *(place)* TTCC 140 MACON WAY HARTSville TN 37074 on *(date)* 3-8-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-8-23

Server's signature

DEVORI'S NEWSON (Prince hall)
Printed name and title

TTCC 140 MACON WAY Hartsville T.N. 37074
Server's address

Additional information regarding attempted service, etc:

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Food Stewart Dir, Fairbanks__

was received by me on *(date)* __3-8-23__ .

☒ I personally served the summons on the individual at *(place)* __TTCC 140 MACON WAY Hartsville T.N.__ on *(date)* __3-8-23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-8-23__

_____
*Server's signature*  m. m. 3°

__DEVORIS NEWSON (Princehall)__
*Printed name and title*

__TTCC 140 MACON WAY Hartsville T.N. 37074__
*Server's address*

Additional information regarding attempted service, etc:

**RECEIVED**
**MAR 17 2023**
U.S. District Court
Middle District of TN

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CO# SPENCE    Unit STAFF__

was received by me on *(date)* __3-8-23__ .

☒ I personally served the summons on the individual at *(place)* __T.T.C.C.   140 MACON WAY__
__Hartsville T.N. 37074__ on *(date)* __3-8-23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-8-23__

_____
Server's signature

(Prince hall)
P.H.   DEVORI'S A. NEWSON
Printed name and title

TTCC 140 MACON WAY HARTSVILLE T.N. 37074
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Food steward Daily__

was received by me on *(date)* __3-8-23__ .

☒ I personally served the summons on the individual at *(place)* __TTCC 140 Macon way Hartsville T.N, 37074__ on *(date)* __3-8-23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-8-23__

_____ m.m. 3°
Server's signature

__Devoris Newson (Prince hall)__
Printed name and title

__TTCC 140 Macon way Hartsville T.N, 37074__
Server's address

Additional information regarding attempted service, etc:

Case 3:23-cv-00081   Document 11   Filed 03/17/23   Page 9 of 10 PageID #: 59

Tevoris Lawson
TCC
140 Macon Way
Hartsville TN, 37074

Fwd

7022 2410 0000 6021 9396

U.S. Courthouse Room 800 West
Nashville, TN 37203

RECEIVED
MAR 17 2023
U.S. District Court
Middle District of TN




ZIP 37074
02 4W
0000363323 MAR. 09. 2023
US POSTAGE PITNEY BOWES
$008.58