RECEIVED
APR 06 2023
U.S. District Court
Middle District of TN

In the U.S.D.C. "middle"
at Nashville T.N.

Case # 3:23-CV-0081

## Address Notice

Notice To the Clerk an Courts

All correspondence between plaintiff and the courts For any reason whatsoever should Be forwarded to the below address:

~~Devoris D. Newson~~
~~2010 W. Meadowview street~~
~~Greensboro N.C. 27406~~

Devoris Newson
601 E. Overland St.
El Paso TX 79901

El Paso Sheriff Dep.

This Is the acting agent an Power of Attorney over legal matters for the plaintiff an due to the current acts of Top State officials in a current conspiracy to transport me, Sovereign State Citizen to unknown locations in the United States of America. In order to dispose of the Current Federal matters Quietly all correspondence, filed motions, court orders, Case Summary docket sheets, and status's, any future civil suits concerning plaintiff Devoris Antoine Newson are to be sent to the address above until futher notice is given by Plaintiff of his current address, this Notice is also to be applied to the Attached Multi-Complaint for Civil Rights violations 1983, 1985, an 1986 suit, that has yet to be given a case number By the U.S. Dist. Court Clerk. Again this notice is to be applied to all past an future Case Including the attached Suit enclosed along with 6month Jail TRUST FUND ACCOUNT, an In forma pauperis application and Numerous Exhibits of Critical Information...

### Certificate of Service

I have Caused a true an correct copy of the above notice to be filed By the Clerk of the U.S.D.C. Middle Dist. and to be forwarded to all Party's By U.S. mail this 30th day of March 2023.

Sig: _[signature]_ m.m.3°
DEVORIS A. NEWSON
140 Macon Way
Hartsville T.N. 37074

# GENERAL POWER OF ATTORNEY

STATE OF TENNESSEE

COUNTY OF __TROUSDALE__

I, __devoris antoine newson__, the undersigned, being a resident of __TROUSDALE__ County, Tennessee, hereby appoint __Dennis Howard newson SR.__, to be my attorney-in-fact to act in my name in any way for which I could act for myself with respect to the following matters as each of them is defined in Tennessee Code Annotated §§34-6-101, et seq.

2. Authority is limited in nature solely to the areas I have designated below.

   (1) _____ Real Property and Lease Transactions

   (2) _____ Personal Property Transactions

   (3) _____ Banking and Financial Transactions

   (4) _____ Estate Transactions

   (5) _____ Contractual Agreements

   (6) _____ Insurance Transactions

   (7) _____ Medical Matters
   *Asuntos Médicos*

   (8) __X__ Legal Matters
   *Asuntos de Seguridad Social*

   (9) _____ Social Security Matters
   *Asuntos de Seguridad Social*

   (10) _____ Tax Matters

   (11) _____ Employment of Agents and Service Professionals

   (12) _____ Personal Relationships and Affairs

1

3. The undersigned being first duly sworn says:

( X ) I also give to such person full power to appoint another to act as my attorney-in-fact and full power to revoke such appointment.

( X ) This power shall be affected by my subsequent incapacity or mental capacity. If I shall be considered mentally incompetent by a licensed physician this form shall become void.

( ___ ) The powers herein granted shall be deemed continuing and relate as fully to any property which I may hereafter acquire as to any property which I may now own and may be exercised repeatedly. The powers herein granted shall exist to their full extent in any jurisdiction, including any State of the United States of America and in any foreign country where such powers may be necessary. The powers herein granted shall exist to their full extent regardless of my whereabouts within or without the United States of America;

( X ) This Power of Attorney has been provided to me at the moment of execution in both the English language and the Spanish language. I am able to read and understand the Spanish language and by being provided the English and Spanish versions of this Power of Attorney, I have fully understood every term and condition contained herein.

I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct.

STATE OF TENNESSEE )
COUNTY OF Trousdale )

__Devoris Newson__ Date: 3/8/23
Principal

The Principal, Devoris Newson, personally appeared before me this 8th day of March, 2023.

__W. Grady__
NOTARY PUBLIC
My commission expires:

8/27/2025

[Notary Seal: W. M. GRADY, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF TROUSDALE, My Comm. Expires August 27, 2025]

2

B. Newson #630472
TCC
140 macon hwy
Hartsville TN 37074

3-4-23

RECEIVED
APR 06 2023
U.S. District Court
Middle District of TN

7022 2410 0000 6022 2587

Clerk U.S. Dist. Ct.
U.S. Courthouse Room 800
Nashville, Tennessee 37203

THE DEPARTMENT OF CORRECTION
TTCC HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

US POSTAGE PITNEY BOWES
ZIP 37074
02 4W
0000363323 MAR 31 2023
$ 008.10⁰