In the U.S.D.C. (Middle)
at Nashville T.N.

Devoris Newson

vs.

Trinity Food services Et. al.                    Case# 3:23-CV-0081

Unsworn declaration / Affidavit

I certify under the penalty of perjury the foregoing is true. executed on: 4-5-23

Signature: [signed]

RECEIVED
APR 06 2023
U.S. District Court
Middle District of TN

I plaintiff served all parties summons and complaints of the above case matter on the 13th and 14th of March 2023 By U.S. Certified Mail...

As in accordance with Fed. R. of Civ. P. 55 all defendants have failed to plead or otherwise defend and this failure is shown by this affidavit stated herein. Accordingly the clerk must enter the ~~plaintiff's default~~ defendants default.

In accordance with Fed. R. of Civ. P. 55 (B)(1) I'm Requesting that the sum total and amount due be entered By Judgment By the U.S. court clerk which is his/her (Ministral Duty)

Wagnor $200,000, Fairbanks $200,000, Captain Smith $2,000,000, CO# Spence $2,000,000, CO# Leon $2,000,000, Trinity Food Services Corp. $2,000,000, Daily $2,000,000 Core Civic $20,000,000

This is for a sum total of: $30,400,000 Thirty million dollars and 4 hundred thousand dollars against all defendants who are in default

Certificate of service

I certify affidavit for default Judgment was filed with the U.S. Court Clerk this 5th day of April By U.S. Mail. An all party's have been given Notice. Signature: [signed]

Devoris A. Newson
TTCC WC 130
140 Macon Way
Hartsville T.N. 37074

B. Newson #630472
TCC
140 macon hwy
Hartsville TN 37074

3-4-23

RECEIVED
APR 06 2023
U.S. District Court
Middle District of TN

7022 2410 0000 6022 2587

Clerk U.S. Dist. Ct.
U.S. Courthouse Room 800
Nashville, Tennessee 37203

THE DEPARTMENT OF CORRECTION
TTCC HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

ZIP 37074
02 4W
0000363323 MAR 31 2023
US POSTAGE $008.10°
PITNEY BOWES