In the U.S.D.C.
For the middle District of TN,
Nashville Division
No. 3:23-CV-00081

RECEIVED
APR 17 2023
U.S. District Court
Middle District of TN

## Notice update of address / Request case summary

Comes Now plaintiff giving notice of new address
DEVORIS A. NEWSON SO# 9546176
: El Paso Sheriff Dept.
601 E. Overland Dr.
El Paso T.X. 79901

Also request a copy of case summary docket sheet showing my latest filed motion / declaration for Default Judgment in accordance with Fed. R. Civ. Pro. 55 in which I sent certified mail to the clerk.

### Certificate of Service

I have caused this to be filed with the clerk through First Class Mail this 9th day of April 2023.

Sig: /s/ _____ mm 3°
DEVORIS NEWSON 9546176
E.P.S.D
601 E. Overland Dr.
El Paso T.X. 79901

Deveris Newson so# 9546176
El Paso Sheriff Dept.
601 E. Overland Dr.
El Paso T.X. 79901

EL PASO TX 798
RIO GRANDE DISTRICT
11 APR 2023 PM 2 L

Clerk, U.S. District Court
U.S. Courthouse Room 800
Nashville, T.N. 37203

RECEIVED
APR 17 2023
U.S. District Court
Middle District of TN

37203-999955

Legal Mail

General Inmate Correspondence
EL PASO COUNTY
DETENTION FACILITY