RECEIVED
MAY 09 2023
U.S. District Court
Middle District of TN

In the U.S.D.C.
at Nashville T.N.
DEVORIS NEWSON v. TRINITY FOOD Corp Et. Al.
Case # 3:23-CV-00081
4-29-23

(Attention Clerk) 2nd FED. R. CIV. of P. (55) DEFAULT Motion

Affidavit: I devoris newson declare under the penalty of perjury that the foregoing is true and correct

Sig: [signature] m.m. 3°
DEVORIS NEWSON # 9546176
E.P.S.O. (Annex) (323)
12501 Montana Ave.
El Paso T.X. 79938

All party's against whom a judgment for affirmative Relief has been sought has failed to plead and otherwise defend, that failure is shown by affidavit herein, all party's were served with copy's of the suit and summons on the 11th through the 14th day of march 2023 neither or nor any defendant responded to the allegations made within the 21 day time frame for response and is thus in default.

I request that the clerk enter the party's default as mandated By Fed. R. of Civ. P. 55 (a)

I further request the clerk enter the sum total amount of 30.4 million dollars judgment against the defendants who have been defaulted for not appearing in which none are minor nor incompetent person. In accordance with Fed. R. of Civ. P. 55 (B) 1

Certificate of service

I have caused all party's to be put on notice by U.S. mail and I have caused this motion to be filed through U.S.D.C. Court Clerk of whom I am requesting that the order for default judgment be entered by U.S. mail this 29th day of April 2023

Sig [signature] m.m. 3°
DEVORIS NEWSON # 9546176
E.P.S.O. ANNEX (323)
12501 Montana Ave.
El Paso T.X. 79938

3:23-CV-00081

## Notice To Clerk

Herein is a Fed. R. Civ. 55 default Motion/affidavit Requesting you enter the Judgment, all partys are in default in which they have been served as certified mail does establish and they did not respond

Also Please after filing this motion, send an updated Case summary docket sheet for personal Records

Sig: [signature]
DEVERIS TUEASON # 954676

Devoris Newsom #95461?6
E.P. Jail Annex (3-23)
12501 Montana Ave.
El Paso, T.X. 79938
RECEIVED
MAY 09 2023
U.S. District Court
Middle District of TN

U.S. D.C.
Middle Dist. of T.N.
719 Church Street
Nashville, T.N. 37203

37203-705459

4-29-23

EL PASO TX 798
RIO GRANDE DISTRICT
3 MAY 2023 PM 2 L