**AMENDED COMPLAINT AMENDED RELIEF**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Devoris Antoine Newson
1-2017 WITHOUT PREJUDICE
ALL RIGHTS PRESERVED
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

3°
Ⓖ m.m.
Ⓖ WoP.

* Jurytrial Demanded by plaintiff
* ART III COMMON LAW COURT has BEEN DEMANDED BY Plaintiff as well
* Summons is Attached hereto Certified mail To be Signed by clerk with seal and Returned To Plaintiff for service to Defendants

vs.

CASE# 3:23-CV-00081

TRINITY SERVICES GROUP Inc.
TRINITY STAFF WAGNER
TRINITY FAIRBANKS , Core Civic , Captain Smith , Co#Spence , CO# leon
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit

Plaintiffs:   NONE

Defendants:   NONE

2.   Court (if federal court, name the district; if state court, name the county):
     N/A
3.   Docket Number:   N/A
4.   Name of judge to whom case was assigned:   N/A
5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
     N/A
6.   Approximate date of filing lawsuit:   N/A

7.   Approximate date of disposition:   N/A

-1-

Revised 4/18/08

II. Place of Present Confinement: TROUSDALE TURNER CORRECTIONAL COMPLEX

A. Is there a prisoner grievance procedure in the institution?

Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (X) No ( )

C. If your answer is Yes: Filed 51-C Notified Unit Manager Robinson, Warden Worn

1. What steps did you take? Filed Grievance, complained to TDX JOB COORDINATOR Blackwell, WARDEN FRINK, Filed TITLE VII complaint

Involved TDOC Commissioner

2. What was the result? Chief harris ordered I BE Allowed to work, TDOC commissioner investigation initiated, WARDEN FRINK Disapprove
of there ACT

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff DEVORIS ANTOINE NEWSON

Address TTCC, WC130, 140 MACON WAY, HARTSVILLE TN. 37074

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Food STEWART WAGNOR. is employed as
Food STEWART
at TRINITY SERVICES Group INC.

C. Additional Defendants: Food Service Dir. FAIRBANKS (Trinity Services Grou
TRINITY SERVICES GROUP INC. "C/O DAWN HAMMOND, PHR"
477 COMMERCE Dr. OlOSMAR, FL 34677
(CoreCivic Inc. CEO/President Damon Hinniger)

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

→ SEE P.

1. Around 2-1-22 I was Assigned to work TTCC Kitchen as a Server

2. After 8 months, I became aware Fairbanks an Wagner Refused to process My work credits

3. I Addressed this issue with Wagner an Fairbanks, who In turn stated If I DONT like it Quit, we MAKE OUR own customs here, this is our kitchen This was own or around 8-8-22

4. I Filed a grievance, on 8-10-22 ASSERTING Constitutional Violations concerning this matter 8th an 14th, Grievance STAFF lopez Destroyed it

5. Around 10-10-22 around 6:00a.m. STEWARD WAGNOR FIRED ME, WHEN ASKED her why she was firing me, she stated ITS TRINITY SERVICES Policy and custom To Fire whoever they WANT, Blackwell can send you up here, and I'll send YOUR Black Butt Back...

6. 10-11-22 I attempted to address issue with Dir To Fairbanks around 2:300a SHE _____ BACK IN THERE Kitchen, or else...

7. On 10-13-22 I filed a grievance to T.S.C. Board addressing the issues stated above against Fairbanks and Wagner denying me, my Rights under the 8th and 14th U.S. Const. Amend., discrimination and denial of work credits.

8. Sgt. Lopery of the Grievance Board destroyed my Grievance it was never retorned.

9. On 11-18-22 Kitchen officer Leon told me after several days of being denied the Right to work that Fairbanks placed fired Beside my name and as T.O.O.C officer, he was enforcing Fairbanks Trinity Services Customer and I would not return to the Kitchen

10. On 11-18-22 I filed a grievance, addressing this issue asserting denial of due process, denied the right to work, work credits, Being Fired, Kitchen officer Leon's actions, Fairbanks actions as well,

11. On 12-30-22, the grievance was returned and I was told on the grievance by chief harris that I could not be denied the right to work, and I was to return and receive pay and credits

12. On 1-10-23 New Jane Doe Kitchen officer allowed me to work the 2:00 a.m. shift,

13. On 1-10-23, from 2:00 a.m. - 5:00 a.m., Trinity Server Daily incited a riot against me while working, informed numerous Kitchen workers to keep me out of here

14. During this time on camera I was threatened to be beat, stabbed, and jumped By numerous inmates due to Baily's remarks to several Kitchen workers Force, they began to ask how I got my Job back after they got one fired. stating she didn't like me, and to keep my name out of her mouth

15. This was all due to the fact that I was allowed to work.

16. I'm return daily stated, I should have never came back to leave the Kitchen and to beware of the hit that would be sent on my life.

17. I then was told to leave the kitchen in which I complied

18. Later that evening while at the law library I spoke with Job coordinator Blackwell concerning this she told me in Return to file a complaint,

19. Blackwell also stated Trinity services had done the to many inmates and that they had been warned several times to stop violating T.O.O.C policy's

20. Blackwell stated Warden Frink was notified, TDOC commissioner as well

21. On 2-11-23 around 3:00 a.m. through 5:00 a.m. I'm Unit WC 130 I was snatched off my bunk, and beat and almost stabbed to death By 2 inmates associated with Trinity Food services, they stated I should have stayed out the Kitchen

22. I was then pushed out the pod by the 2 inmates on camera, one of whom had been let in by CCK staff CO# (Spencer) who did not reside in WC

23. I then tell Spencer co# what happened, he reports to Batton Lt. I'm refusing to go back in the pod during court. In retaliation to avoid being fired

48. Lt. comes searches me on camera and threatens to spray me) if I move, I tell Lt. he does that I'm going to sue him.

see pg. 3

25. He then ask me the issue, I show him my injury's, I explain the guard let another inmate from another pod in our unit and I was almost murdered

26. I'm then escorted to medical, were I'm checked for injury's I make a 51-C statement, of the incident and provide Captain Smith, Unit manager Robinson, Warden Normin with a copy.

27. The 51-C includes everything that happened including the fact Core Civic staff, refused to sign the 51-C incident

28. When I told Captain Smith this same morninng what happened, I was taken out of medical placed in a booking holding cell and a later told I refused a cell assignment R.C.A in retaliation in order to avoid Investigations.

29. On 1-11-23 Unit Manager Robinson called me in her office around 12 p.m. Reviewed the camera and corroborated my 51-C statement

30. I stated I needed to be shipped to a safer facility, she asked if a needed P.C. or protective custody

31. I told her though my life's in danger, I cannot afford to be placed in confinement without access to the law library.

32. ~~Since this time I refuse to stay at~~ I also, stated that P.C. at TTC is the worst place to be ~~staying stuck~~ ~~Kitchen~~ ~~till~~ inmates have been killed in P.C.

33. I stated TTC has been covering up Inmates death's here for the last 2yrs self if I had died surely mine death would ~~have~~ been covered up as well.

34. I then sent copy's of my 51-C statement to assist, Warden Normin, Chief Warden News channel 4 Investigates, My Father, Human Right Commission, By mail

35. Since then I suffered Migraine Headaches "increased" "P.T.S.D. symptoms" "Insomnia" "Paranoia" and increased sleep paralyze from my head injury's

36. I've filed medical request which have been ignored and not returned

37. Upon speaking to the chief warden on 1-15-23 about the incident, he stated in his small time here at TTC he is not surprised Core Civic has made it custom, to maximize salary wages they minimize staff which increases security Risk.

38. He then stated which is why so many Inmates have died here in the last yr.

39. It is now 2-5-23 and at least 3 more inmates have died here, 1 was found dead in his cell after 3 days, and in order to cover-up these deaths they (Warden) Turns off all phones preventing Inmates from ~~using~~ ~~phones~~

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

- Enter a declatory ORDER STATING plaintiffs U.S. 14th amend. Right WAS violated, denied due process equal protection of LAW, 8th cruel and unusual punishment WAS ESTABLISH.
- Injunction Removing Wagner And Fairbanks From Trinity service employment, order I BE GIVEN 180 days Work CREDITS
2. TRINITY FOOD SERVICE - OFFICIAL COMPACITY
1million Dollars In compensatory Damages 1 million In punitive Damages

1st amend. U.S. const. Retailiation → 3 Wagner Individual Compacity $100,000 punitive and compensatory
5th Due process → 4 Fairbanks Individual Compacity $100,000 punitive and compensatory DAMAGES, #$100,000 In court cost, Fees (Attorney Fees)

VI. Jury Demand ————————→ ✓ Fed. R. Civ. P. 38(A) 39(A)
I would like to have my case tried by a jury. Yes (✓) No (). Common Law Jury Trial & DEMAND 7th Amend. Const. U.S.) Activate ART III "Common Law sui juris"
I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief. ATTENTION JUDGE ACTIVATE COMMON LAW JURIS

Signed this 15th day of January, 20 23. ART. III COURT

1 amend U.S (const. (Retailiation) (Individual Compacity)
Captain Smith : $1 Million In compensatory
$1 Million in punitive damages
CO# Spence : (Individual compacity) $1million in punitive damages
$1 Million In Compensatory dam.
CO# leon : $1 million In punitive damages
$1 Million in compensatory damages

3° 45°

ALL RIGHTS RESERVED 1-207
(Signature of Plaintiff/Plaintiffs)

5 Temporary Injunction, I Be placed At a SAFE Minimum Custody facility for U.S. Army Veterans at a actual STATE PRISON NON-CCA For my own safety

6 Trinity Staff Daily individual compacity $1 Million and compensatory damages (1st U.S. Const. Amend. Retailiation)

Denial of 7 Core Civic official compacity $10,000,000 dallors in punitive in equal protection of law 14th compensatory damages (Inadequate Security, STAFF, Protection etc.

8. State all Request for Relief are due to discrimination violation of my constitutional rights, attempted murder, negligence, inadequate staff, inadequate security, irrepairable phsycological damage, as well as physical injuries

Revised 4/18/08

In the U.S. D.C
Middle District
at Nashville T.N.
DEVORIS NEWSON V. TRINITY FOOD SER, ET. AL.
Case 3:23-cv-00081

Notice To Judge

Due to the Judge Eli Richardson Misconstruing my original amended complaint
I have taken the liberty to file a 2nd amended complaint with in depth
Detail so that there will be no misunderstanding. Before any party is served.
* Also as the clerk has Requested I've sent only 1 complaint along with
the 30 summons, I've forwarded an extra copy to be filed an mailed
Back to me for my records

Certificate Service
filed By U.S. Mail This 16th day of June 2023
Sig.
DEVORIS NEWSON #959167%
G.P. J.A. (323)
1050 Montana Ave.
El Paso T.X. 79988

Dist Judge Eli Richardson
Magistrate Judge Barbara Barbara

Notice To Clerk

* As you requested 20 summons correctly done
* 2 copy's of 2nd Amended complaint to be filed & to
Be returned...
* I Request an updated case summary docket sheet

Sig _____
DEVORIS NEWSON

* I also placed the original amended complaint herein
To avoid any confusion or misunderstandings



Devoris Newson # 9546176
E.P.J.A. (323)
12501 Montana Ave.
El Paso, Tex. 79938

RECEIVED

JUN 27 2023

U.S. District Court
Middle District of TN

U.S. Clerk of Courts office
Middle Dist. of Tenn.
719 Church Street
Nashville, T.N. 37203

6-21-23
LEGAL MAIL

