G.O.A.U. (LEE Vincent Yabrough)
M.M. 3° T.N. Jurisdiction
P H I !!!
III AMENDED COMPLAINT

* U.S. Const. 7th amend.
Jury trial DEMAND
"Common Law"
* ART III Jurisdiction (A.K.A. The kings Bench)

**UNITED STATES DISTRICT COURT**
Middle **DISTRICT OF TENNESSEE**

DEVORIS Antoine NEWSON

Elizabeth ch.3    D.A.N. △

All RIGHTS RESERVED, WITHOUT PREJUDICE DEVORIS A. NEWSON

**Plaintiff, pro se,**

Queen of Sheba    EUREKA !!!

JACHIN ⭐ BOAZ

**v.**

TRINITY SERVICES GROUP INC., Et. Al

**Defendant.**

P.H. H.A. H.T.

* Summons an Complaints FOR Marshal Service attached Hereto
= P.H. = M.M. 3° = 7th ChakRA /Activation

**CASE No. 3:23-CV-00081**

SACRED GEOMETRY
JUST-I-CE = Justice
JUDGE RICHARDSON = High Priest

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
**UNDER 42 U.S.C. § 1983, 1985 (●) (3)**

PHEONIX

**RECEIVED**

JUN 2 7 20

U.S. District Court
Middle District of TN

I.    **PREVIOUS LAWSUITS:**

EACOCK

EAGLE

A.  Have you begun any other lawsuit in either state or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    YES _____    NO ___X___

B.  If your answer to A is YES, describe the lawsuit in the space below.

1.  Parties to the previous lawsuit:

Plaintiffs:    _____N/A_____

Defendants:    _____N/A_____

2.  COURT:    _____N/A_____

3.  Docket Number:    _____N/A_____

4.  Name of Judge to whom case was assigned:    _____N/A_____

JAH-BUL-ON

SHIBBOLETH

PROGRESS...

5. Disposition:   (dismissed – appealed – pending) ___N/A___

6. Approximate date of filing lawsuit: ___N/A___

7. Approximate date of disposition: ___N/A___

II.   PLACE OF PRESENT CONFINEMENT:   <u>Tennessee Department of Corrections</u>

<u>at Trousdale-Turner Correctional Center, 140 Macon Way, Hartsville, Tennessee</u>

<u>37074.</u>

A. Is there a prisoner grievance procedure in this institution?

YES ___X___   NO _____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   YES ✳   NO _____

C. If your answer is Yes,

1. What steps did you take? UNSWORN DELCARATIONS, LETTERS, Grievances Communication with Job Coordinator Chief Warden, TDOC. Commissioner, Gov. of T.N., CEO of Core Civic, Human Rights Commission, Secretary of the State of T.N., Governor

2. What was the result? Job loss, Assaulted, Death threats, Nerve Damage Brain Damage, vision loss, hearing Damaged, Almost Killed Conspiracy to deprive me of my civil Rights, Grievances Never Documented, destroyed, UNLAWFULLY Extradited without due process of Law

D. If your answer to B is No, explain why not: _____

(Attach copy from each stage which shows results of grievance.)

E. If there is no prisoner grievance procedure in the institution, did you complain to the prison authorities? YES ✳   NO _____

F. If your answer is YES,

1. What steps did you take? _Followed the grievance protocol, File human Right Complaints Etc._

2. What was the result? _They were never given A number, never documented Destroyed, Rejected, denied, no hearing ever given_

## III. PARTIES:

DEVORIS ANTOINE NEWSON A.K.A NEGASI G.

A. Name of Plaintiff: ~~Trinity Service Group Etc. Etc.~~

Present Address: VOID Trousdale-Turner Correctional Center, 140 Macon Way,

VOID Hartsville, Tennessee 37074 VALID El PASO COUNTY JAIL ANNEX, 12501 MONTANA AVE. El PASO T.X. 79938

Permanent home address: NEVER Will BE Disclosed, P.O. BOX preferably

B. Defendant: Trinity Service Group Et. AL

Official position: Corporation

Address of place of employment: 477 Commerce Dr. Oldsmar, FL 34677

1. 6. Bill LEE 1. Governor of T.N. ~~, 2. ~~ T.D.O.C. Commissioner, Assist. Commissioner, 4. Governor of T.X. 5. Sheriff Richard Wiles 6. CEO DAMON HININGER

C. Additional Defendants: 7. CEO DAWN HAMMOND 8. T.T.C.C. WARDEN 9. Assist. Warden T.T.C.C. 10. Core Civic Corp/Inc. 11. Mrs. Tarissa Fairbanks 12. Mrs. Waggoner 13. Miss Daily 14. Case manager Bail 15. Unit Manager Robertson 16. Chief Harris 17. Captain Smith 18. C.O. # Spence 19. Chief of Security 20. ~~Director of Trinity~~ 20. TRINITY FOOD SERVICE

## IV. STATEMENT OF THE CLAIM(S):

Assertions

1. Plaintiff has been brutally assaulted and Almost Murdered on at least 5 different occassions while at T.T.C.C. under the supervision an Custody of Core Civic.

2. Plaintiff as well as thousands of Inmates At T.T.C.C. have been exposed to deadly weapons, Cocaine, Weed, tobacco, Fentynol, methamphedimine, corruption "official" while understaffed

3. Plaintiff asserts that Dangerous Conditions at T.T.C.C. were well Known to Defendants

4. Plaintiff Claims for this suit will focus on Events From October 2022 on up.

5. Plaintiff will however Start from the Beginning In order to give the Court an the public an overall overview of how all party's are involved

6. It was common Knowledge To all defendants within T.N. That the prison population at TTCC was heavily armed And Understaffed causing dangerous conditions.

7. This was clear from D.O.C. fines an investigation, Numerous civil suits, complaints an ~~grive~~ grievances by plaintiff an others as well as the unusual death rate an cover-ups in order to preserve employees positions. An maintain the oppressive, Tyrannical, Corrupt Jim Crow Status.

8. All T.N. party's had Knowledge of the substantial risk of serious harm facing prisoners at T.T.C.C.

9. This Knowledge was Based on incident reports regarding the chronic, specifically, enumerated assaults, Reports By I.A. Investigations, Cheif of security investigations,

10. This Including TTCC publicly available reports establishing a systemic Problem Leading up to the murder attempts an assaults on plaintiff.

11. Re: ~~weapons~~ understaffing, injuries, deaths, Drugs, OVERDOSES, Fights, stabbings an deaths.

12. An Average of 20 assaults a occurred from 2016 to 2023 many unreported Due to D.O.C fines an investigations. (corrections)

13. In 2020, the Department of Justice ("D.O.C") opened an investigation on core civic Into whether the conditions in Core Civic Prisons in T.N. For men

This Included T.T.C.C. violated the eigth amendment of the U.S. Const.

14. The D.O.C Investigation Related to whether (1) Core Civic adequately Protects Prisoners from physical harm, Sexual abuse at the hands of prisoners, understaffing of employees, and providing Prisoners with safe living conditions at prisons including T.T.C.C, Overflow of weapons

15. All Top officials Recieved notice of the D.O.C Investigations which resulted In Core Civic Being fined over 2 million dollars

16. It became Common Knowledge By Ceo Dan Hinninger, T.D.O.C Commissioner, Governor Bill Lee that the prison population at TTCC was heavily armed and under staffed

17. Defendants also Knew that contraband search protocols at T.T.C.C. Due complaints By Inmates, civil litigation initiation an results from investigations external as well as Internal

18. Through all the above Defendants knew or should have known that T.T.C.C under CoreCIVIC Supervision was a death trap... where inmate murders were the norm.

19. D.O.C fines an investigations, Core Civic Mass prison lockdowns within T.N, personal observation, Internal communications, use of force reports, incident Reports, medical Reports a external sources such as previous civil litigation put partys on notice of the culture of abuse of prisoners By violence an understaffing.

20. Prison BEATings, stabbings, overdoses, an rapes were epidemic, violence an terror Reigned and the threat of assault was constant.

21. DOC Fined Core Civic 2 million for short-Staffing and other contract violations at T.T.C.C. IN 2018

22. T.N. States 2020 Performance Audit of DOC, 4 prisons CoreCivic operated for DOC — TTCC, Hardeman CCF, South Central CF, and Whiteville CF — There a total of 3,052 "Class A" incidents "Involving Serious Risk to the Facility or Community"

23. These class A incidents occured From October 1st 2017, to April 2019, 12th

24. During this same time, there were JUST 1,739 IN The states other 10 'Lockups combined.

25. In the Boaz Pleasant-Bey v Tenn. USDC (M.D.Tenn.) Pl/
    - Alntiff evidence contained statements from CoreCivic personnel addressing a shortage of guards at the prison

26. Core Civic has a practice of maintaining staffing levels insufficient to ensure that the Plaintiff an all other inmates safety from violent prisoner Attacks.

27. This pratice has been ongoing for at least 5 yrs.

28. Core Civic has had a ongoing practise of leaving W-unit pod doors unsecure an Allowing inmates from anywhere to enter pods there not allowed in or assigned to.

29. They have allowed this even when inmates are sound asleep in the beds late at night. Which was the moving force behind January an feb. incidents of 2023

30. This pRactices are responsible for my physical an mental injuries including Brain damage, Black outs, uncontrollable brain magraims, sleep paralyze, Nose Bleeding "Random", Blurred Vision, Ear drum Damage, permanent nerve Damage, P.T.S.D, an Insomnia, neurological damage

31. All claims made herein against T.N. defendants are due to common customs an practices of the following. Core Civic on its employees of the following

32. Failure to seperate violent inmates from non-violent inmates

33. Understaffing, lack of Training, failure to segregate dangerous inmates

34. failure to conduct adequate searches for weapons, dilebarate Indifference To the health an safety of Inmates.

35. Around 2-21-21 while incarcerated unlawfully at T.T.C.C. after quaranteen protocal.

36. Plaintiff through grievance/unsworn declaration notified all The Governor of T.N., T.D.O.C Commissioner, Ceo Dan hinniger, and T.T.C.C Chief Warden of his reason for being Unlawfully incarcerated. In the worst Prison in the state of T.N. (Also notified was the Governor of T.X.

37. Plaintiff stated he was not supposed to be in prison

38. That his cases In madison County 19-880 an 19-879 were still pending Due to him filing a timely T.N. Crim. of P. 32.(f) motion to withdraw guilty plea.

37. That Judge Kyle C. Atkins of the 26th Judicial District Ct. at Jackson T.N.

40. Along With Non-pro-tempore Assistant D.A. Benjamin Mayo, an Madison Count Sheriff orchestrated a false prison transfer with the T.D.O.C commissioner an Ceo Dan hinninger's approval.

41. He also stated that his attorney Kortney Simmons was paid by Judge Atkins an the D.A. To allow it to happen, an to attempt frivolously to convince the plaintiff that everything was Legal.

42. He stated the unlawful Prison Transfer based off of Knowingly fraudelant Invalid void Judgment forms signed By Judge Atkins an Assistant D.A. Ben Mayo In Retaliation to silence him.

43. By any means necessary To cover-up the fact that Members of El Paso Sheriff's department (C.o.E. Sheriff Richard Wiles an deputy Jaime hernandez Sr.) Conspired with Members of Madison County Sheriff's, Sheriff Mehr, Sheriff Deputy Ben Moyer an Deputy Richard Nickell Jacobs.

44. In which I was to be assinated assasinated on the early morning of March 31st 2019 In Jackson T.N. By Deputy Nickell Jacobs

45. Due to my failure to make to make a drop in Memphis T.N. for Sheriff Richard Wiles an Deputy Jaime Hernandez Sr.

46. This drop consisted of 2kilos of Pure Columbian cocaine, 10,000 Quadruple Stack meth based an MDMA Based Ecstasy pills, $25,000 dollars cash, 2 Ar-15's, 5 hundred round drum clips, 5 nine millimeter handguns with modified switches

47. 4 Baby Draco's with modified switches, Blue tip ammunition as well as green tip ammunition.

48. Due to too many adult witness's including Deputy Jaime hernandez Sr's, daughter IRIS MAE Flores, Plaintiff's fiance at the time.

49. Deputys Moyer an Nickells went with plan B an instead falsely acted alledged the car was stolen from Dallas T.X. In which the plaintiff was in possesion of.

50. After Knowing full well Deputy Jaime Hernandez's Sr. Son Jaime hernandez Jr. Purchased the vehicle in elpaso T.X. In early March 2019.

51. In which the deputy's Jumped In the vehicle Drove it to an undisclosed location an confiscated the drugs, money, an guns In which was privately returned to Sheriff Richard wiles an Deputy Jaime hernandez Jr.

52. In retaliation the plaintiff contacted M.C.S.O. Recorded line am report that the Sheriff's Of Madison County entered 436 Pipkin Rd. Unlawfully at around 4 to 5 am

53. In which In front of 3 adult women the Sheriff Deputy Ben Moyer and Deputy Nickell Jacob Unlawfully obtained the vehicle an drove the vehicle from the premises

54. In retaliation sheriff Mehr of M.C.S.O. ordered Moyer an Nickells issue an unlawful General sessions warrent orders that a S.W.A.T RAID Issue upon the plaintiffs arrival at 436 Pipkin Rd.

55. In which under cover informant Rodrethous Woodruff and Arron Morgan Junior was to notify The Sheriff upon plaintiff entering that residence In which he was to be shot during the Raid

56. Plaintiff was notified due to his fraternal ties to the prince hall organization in advance an avoided the assasination attempt again.

57. Which led to the orchestrated attempt conspiracy Between the Judge, D.A, Mayo, sheriff mehr, T.D.O.C. Commissioner, and CEO DAN HINNINGER To orchestrate a unlawful prison sentence for this plaintiff Chief Warden

58. In Retaliation, the above parties ordered that I be placed in E-unit the most Dangerous Prison unit on T.T.C.C. Compound

59. Within 2hrs I was almost Beat to death in which I suffered concussions an a dislocated Broken Jaw

60. This led to Suppressing of incident reports made by plaintiff By T.T.C.Co Chief Warden

THIS PAGE INTENTIONALLY LEFT BLANK

Rev. 7/1/2016

**THIS PAGE INTENTIONALLY LEFT BLANK**

61. Multiple operations due to Core Civics Refusal to provide medical attention for over 3 months leaving plaintiff to suffer unimaginable pain.

62. The led to the plaintiff having to have his jaw medically broken again in which resulted In Infection an another operation

63. This was due to core civic's custom of inadequate and or understaffing of medical doctors as well as equipment

64. The injuries occurred due to corecivic's custom of understaffing employees which Resulted in on 500 years inmates controlling a running there own pods, while

65. One officer sitting in the rotunda area does nothing but enter the Pods To count every 2 hrs.

66. To finish the job on the plaintiff while in the medical Unit for his injuries Chief Warden sends the main Gang member who was Identified to have initiated the Attack on the plaintiff

67. To reside in the medical Unit an pod in which the gang member stated he was ordered By the chief Warden to finish the Job.

68. Instead the plaintiff paid the gang member $600 IN stimulus money to not finish the Job as ordered by the Chief Warden of TTCC.

69. It would be another year before plaintiff would have the physical an mental strength to speak out again concerning his situation.

70. In between this time the plaintiff filed grievances an notice To the ToDoOoC. State Commissioner, Chief Warden of T.T.C.C, an Ceo of Core Civic

71. Governor of T.N, an Director of D.O.C, Chief Warden of T.T.C.C, an Ceo of Core Civic

72. I notified them of the extreme staff shortages, over flow of violence, weapons and drugs

73. I stated that these things had not only impacted my physically "literally" but many other Inmates as well

74. I stated through research I discovered this situation had been allowed to continue at T.T.C.C for years resulting in D.O.C fines an investigations, Deaths of prisoners.

75. I stated that they had obligations as the higher authority's to take action to prevent the Deadly conditions that was common knowledge an common place practise at T.T.C.C,

76. I stated that these common customs almost cost me my life an health as it has to so many others at T.T.C.C,

77. In response the Gov. of T.N., CEO of Core Civic, T.D.O.C. Commissioner, an Director of D.O.C. Including the Chief Warden. Ignored me.

78. By silence an in action of these party's, I presumed that my Black life didn't matter

79. Even though I clearly stated in my grievance / unsworn declarations that these party's had an administrative duty "ministerial", By there oaths of office...

80. To TAke action to prevent prisoner on prisoner violence, unstaffing of employee's who were Not properly trained creating literal death traps at T.T.C.C For Inmates as myself

81. I made it a point to note that Even President Joe Biden had Nothing good to say about Core Civic.

82. I also stated that I as a prisoner with regard to safety had a constitutional right to be reasonably Protected from constant threats of violence;

83. I stated that this meant that I did not need to wait until another murder attempt or violent attack happened again to me, before obtaining aid / assistance, an relief from them all.

84. I stated that failure of these officials to take actions would result in 8th amend. U.S. Constv violations

85. that I clearly alleged to them that the deprivation against me and thousands of other prisoners was objectively as well as sufficiently Serious,

86. I stated that not only by my Notice but past events leading to civil suits an fines,

87. That All officials Know an have. Known of and have disregarded the excessive risk to inmates at T.T.C.C. including myself. Health an safety

88. That the officials were both aware of the facts from which the inference could be drawn that a substantial risk of serious harm exists, an that it is clear from Investigations an reports,

89. That they have clearly an unmistakenly

90. I state the party's in return did not dispute nor contest the grievance / unsworn declarations Rather Ignored me.

Rev. 7/1/2016

91. In the early days of June 5th, 2022 I had Lt. Holmes of T.o.T.C.C. check my status custody level

92. In return he informed me that I was S.T.G.'d as a Blood Gang member

93. I in turn informed him that was impossible my soul ties lied with the Fraternal Order of the Princehall organization.

94. I then filed a title VI against S.T.G. officer McLoyd asserting discrimination, malignant Nefarious profiling due to Being Black with tattoo's

95. I explained the esoteric symbol's on my body to the profane T.o.T.C.C. TITLE VI Coordinator Assistant Warden Jaqueline Normin.

96. In retaliation Warden Normin ordered S.T.G McLoyd an dog-man k-9 officer to enter my cell in unit B while I was at work in the Dining hall to collect legal

97. Collect legal documentation with my name on it an use it to forge my name on a clearly Invalid voluntary statement.

98. STATING THAT I voluntarily admitted to being a gang member

99. They then in retaliation told my cellmate and other known violate crips known for stabbing people to death that I was a blood member.

100. This was after they had just killed a blood in this pod on camera less than 3 months prior

101. I initiated another title VI concerning this matter in turn.

102. While coming from the law library in the early July 2023 in retaliation a murder attempt orchestrated By assistant warden Normin, Case manager Bail, STG McLoyd, an Homosexual sergeant female Garcia

103. As I approached the Unit B pod door I noticed 2 crips close to the door one (A.K.A Sneaky) told me to have the rotunda officer to open the door

104. The officer refused which was extremely unusual seeing as how I lived in the pod.

105. Later Case manager Bail arrived an opened the door he then stood in between the door and asked me was I coming in

106. At this time Sgt. Garcia started to order me to step in the pod.

107. One of the 2 crips pulled out his knife on camera right beside Bail staring at me saw.

108. I then refused to go into a death trap seeing full well that All staff witnessed what I just saw.

109. Sgt. Garcia in retaliation threw me in medical an stated I Refused a cell assignment

110. After I spoke with the Captain an stated I Refused a cell assignment my dad for my own safety

111. The Captain Reviewed the video footage a confirmed my story, To minimum custody, open bay that same night

112. He then asked me not to make it a big issue, an stated I needed to keep the matter discreet for my own safety seeing as how I stirred up a hornets nest,

113. He stated I needed to keep the matter discreet for my own safety seeing as how I stirred up a hornets nest,

114. In return I exchanged a symbolic token handshake with him an complied.

115. In early August 2022 after working in the dining hall about 7 months I came to learn that my work credits were not being processed by Fairbanks an Wagner.

116. I also had enough of the Discrimination an Injustices that I had seen imposed on other Inmates an particularly against myself by Imprudent food stewarts Director fairbanks an Wagner,

117. I addressed these issue with both stewarts.

118. I stated I noticed several discriminatory practices against Inmates Including myself, including...

119. I noticed that Both stewarts had a common custom and practise of firing any an Inmates who spoke out exercising there 1st amendment Right to freedom of speech. Without due process of low.

120. Concerning Allowing gang members in wagner and fairbanks close circle to run the kitchen

121. STEAL, sell drugs, use cell phones, cook whatever they want...

122. Transport unlimited amounts of T.o.T.C.C. meat products through carts by Head cook larry Personally transporting them to Units.

123. Yet they would fire an or prevent assigned kitchen workers from working without a write-up or a proper hearing

124. All because they would either file grievances or address the situation, with the stewarts customs an policies.

125. Both Fairbanks an wagner told me, that if I didn't like it to Quit, they made there own

126. I Responded that there closest workers are allowed to... towards [illegible]

127. Yet you fire Inmates that work hard for having extra amounts of sugar, An for speaking out against

accordingly

i have caused a true and correct copy of the rule 60 motion to be filed with the federal district court clerk along with additional copys  for defendants one to be mailed back to me by u.s. mail this 8th day of janurary 2023    signature :

unfair treatment

128. In return. On August 10th 2022 I filed a grievance/unsworn declaration concerning this injustice to Trinity food ceo, Ceo Da Hinninger, T.D.O.C. Commissioner, Chief warden of T.T.C.C, an Chief Harris as well as Job Coordinater Blackwell. And close friend of fairbank's Assist. warden Normin.

129. In this grievance/unsworn declaration I stated everything I stated above in Claims 116.-127.

130. I also stated the Core Civic employee kitchen officer lean consented to an enforced these unjust actions.

131. I was ignored by all but Job coordinator Blackwell an Fairbanks

132. Fairbanks in early october 2023 stated she was aware of my allegations made to the chief warden

133. And her Boss Ceo hammond of Trinity Food Services

134. She stated that if I valued my life and didn't want anything as far as accidents to happen to me.

135. That I should keep my mouth shut.

136. She stated all Trinity Employees wagner an daily were on board including CO# leon service.

137. She stated that if she gave the word any inmate within her circle would permenantly put me out of

138. She stated that I should do whats best for my health an not return to the kitchen

139. In turn stated that I had no fear of her demonic cult like inner circle.

140. That I being a traveler in search for wages had over 25 million fraternal Brothers as well as sisters all across the Nation.

141. Some at the very top of the hierchal Judicial pyramid, that we all walk in the light.

142. That if fairbanks was ashamed of the truth she should take action.

143. I assured her that if I was truly in "distress" that she should take action.

144. I then showed her a human angle an walked away.

145. I then filed a grievance/unsworn declaration given notice of the above colloquy an actions Through T.T.C.C., TDOC Commissioner, CEO HAMMOND, CEO Hinninger, an the Governor of TN., I.O.C. Director)

146. I asserted they had a administrative duty to take action to prevent the immediate threat against my life by Trinity staff an core civic employees,

147. Not one of the officials Disputed the allegations Nor did they take action to prevent harm.

148. On October 10th 2022 around 6 to 7 P.m. I was called into the office of the kitchen AREA an met by Trinity Staff Wagner an Daily.

149. Wagner said that they had warned me about trying to be a (civil negra fighter)

150. She stated that noone liked my kind at Trousdale an that I was fired.

151. She stated that this was the final warning to stay out of the kitchen an never return.

152. I Begin to cry out against this injustice through Grievance an Request forms.

153. I also again gave notice to the Director of DOC, Governor of TN, Ceo Hammond, Ceo Hinninger an the T.D.O.C. Commissioner, through Chief harris and Job Coordinator Blackwell

154. Again I requested they take action, to no avail, even though they had an administrative, obligation to prevent imminent threat.

155. Blackwell however advised me Keep attempting to go to work so that it would be on CamERA

156. The claim here goes with line 151. = I stated to wagner that Blackwell would not allow this injustice, she stated in turn.

157. Blackwell can send you up here and I'll send your Black Butt Back

158. Continue's of line 155.

159. Upon my last attempt in early november of trying to work I was met by kitchen officer leon. this occurred on 11-18-22.

160. He smiled at stated that I just wasn't going to learn

161. He then said noone likes civil negra fighters around here at T.T.C.C. making trouble and that I would not be allowed back in the kitchen

162. He smiled even more at stated he had a

Thank you for your attention.
Sincerely,

MARIA SALAS-MENDOZA
Judge

cc: Public Defender's Office
    District Attorney's Office

163. Once given to me It falsely stated I was fired on 10-10-23 for stealing a Pan full of onions, stating she witnessed this

164. I then looked intently into the eyes of Kitchen officer Leon an stated it was not wise to induce himself in this malignant matter of obvious subterfuge.

165. O Coming from depraved human beings of the lowest frequency's walking in ignorance.

166. Leon replied "yea, yea" save it for someone who cares even fairbanks fired you an she's extremely Black, Enjoy your day.

167. He then stated "oh I almost forgot Fairbanks, wagner, an daily said if I saw you again to remind you not to forget to sleep with one eye open,

168. At this stage I made contact with chief harris an gave her the write-up in which she stated she would review the camera.

169. I also informed her of the continous threats, along with Governor Bill lee, Director of DOC, TDOC commissioner, CEO Hammond, CEO Dave Hmniger, an Chief warden off T.T.C.C. By grievance/unsworn declaration

170. A few weeks later near the end of december I was ordered by chief harris to return to the kitchen, in which I was given a Raise an a New Job position of Cook Prep. This occurred on 12/30/23

171. When I tried to retrieve the retallitory write-up from chief harris she refused to give it to me, stating there was no need to create waves I got my Job back.

172. On 1-10-23 From 2:00 a.m. to 5:00 a.m. I was allowed to work during this Time Trinity...

173. Food stewart Daily Initiated an incited a riot against me on video

174. She told the Kitchen workers Larry, AJ, Worm, an several others to keep me out of her face an her name out of my mouth,

175. These workers were extremely aggressive an violent they wanted to know How I Got my Job back after they assisted in getting me fired.

176. On camera I was threatened by the inmates to be beat, stabbed, and jumped,

177. This was all due to the fact that I was allowed to work against the Director Fairbanks authority.

178. Through all of the threats of violence an assaults made I maintain my composure

179. This futher Infuriated Daily you can see her on video getting very upset, they her Demonic attacks on me had Know affect.

180. She eventually snapped an called me over to line one on video

181. She stated that I should never have came Back to the kitchen an that I should beware of the hit that would be sent on my life.

182. She stated that I Knew full well that I had been warned by Leon, fairbanks, and wagner what would happen if I came back.

183. She then asked me to leave the kitchen in which I complied.

184. While waiting on the T.T.C.C. kitchen officer who had left her assigned post in the kitchen

185. To venture off somewhere on the compound.

186. I waited in the dining hall yet that was short lived due to Head Kitchen worker larry

187. Continuously turning off the dining hall light in order to initiate a assault against me.

188. However I continued to turn the light on So that T.T.C.C. Security camera's could view there. using himself, AJ, Worm, and more Mississippi

189. Idiotic attempt at assaulting me.

190. Moments later I was allowed to leave on camera during count time

191. Later that same evening I alerted Job Coordinator Blackwell while at the law library WERE I spent most of my time perfecting my legal craft.

192. I not only Informed blackwell of the incident that morning, I told her the Kitchen was not the Same.

193. I stated that you can even see on line 3 were I am located that Mississippi is clearly groping the heavy set famoen Trinity workers bottom on camera.

194. I stated the cult like depravity that exisisted in the Kitchen was of the darkest an lowest vibrations I ever felt.

195. Blackwell told me not to quite that I was causing alot of change to take place the speaking out against...

SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
TAT CHEST ,
TAT FACE ,
TAT L ARM ,
TAT L HND ,
TAT NECK ,
TAT R ARM ,
TAT R HND ,
SC BACK ,
SC L ARM ,
SC R ARM ,
TAT L SHLD ,
TAT R ARM ,
TAT R SHLD ,
TAT UL ARM ,
TAT UR ARM ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
TAT CHEST ,
TAT FACE ,
TAT L ARM ,
TAT NECK ,
TAT R ARM ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
TAT CHEST ,
TAT HEAD ,
TAT L ARM ,
TAT L HND ,
TAT NECK ,
TAT R ARM ,
TAT R HND ,
SC FACE ,
SC NOSE ,
TAT EAR ,
TAT FACE ,
TAT NECK ,
TAT CHEST ,
TAT FACE ,
TAT L ARM ,
TAT NECK ,
TAT R ARM ,
TAT CHEST ,
TAT FACE ,

Case 3:23-cv-00081 Document 32 Filed 06/28/23 Page 18 of 32 PageID #: 173

196. Blackwell told me told trinity food services staff had been warned several times, to stop violating there own customs, she stated T.D.O.C. Commissioner as well as the chief, warden had been notified.

197. This too is a camera as well.

198. Hours later on 1-11-23 while I'm completely sleep at or in between 3:00 to 5:00 a.m., location WC-133

199. I am snatched from my top bunk an brutally beat by 2 assailants, they state while beating me that I should have stayed out of the kitchen like fairbanks said.

200. The assailant later identified as a kitchen worker pulls out a knife in an attempt to stab me. In which we struggle over.

201. Co#spence then enters the pod which causes the attacker with the knife to look back

202. At that time I knocked the knife under 129's bunk

203. Co#spence sees this altercation

204. Once he leaves the assailant yet keeps walking and refuses to get involved & cat in which he has another knife goes around the corner on video an retrieves his one

205. Both assailants tell me to leave or die, in which I'm stunned to the point of confusion

206. I immediately comply this is all on video.

207. Once I exit the pod the assaliant who was not supposed to be in our pod but was let in by Co#spence goes back in his pod B

208. I then asked spence why he let him in an why didnt he do anything or call for back-up

209. He stated that I knew damn well that he is only one guard with no help watching 500 inmates by hisself

210. I asked him why the hell did he break security protocol an have the pod doors OPEN and unsecure in the middle of the night?

211. He stated I knew damn well that was the custom for as long as I had been in W-Unit, that I was still alive to keep my damn mouth shut an go back in the pod.

212. I stated it is clear he had something to do with it seeing as how he ironically had all the lights turned off in the Rotunda

213. He stated I knew the consequences of my actions when I started causing trouble for Trousdale employees, I had been warned several times.

214. I stated I needed medical attention that I had hit my head pretty hard coming off the bunk

215. He stated to stop talking an to go back in the pod

216. I refused an stated he needed to do his job.

217. He then said that he was gonna teach me a lesson I would never forget.

218. He then pushes his speaker an calls for backup says he has a man refusing a cell assignment...

219. This he tells to Sgt. Batton...

220. I respond to him stating he is the lowest form of the human race,...

221. Sgt. Batton comes with back-up orders me on the wall an if I move I'll be sprayed...

222. I then respond by telling him he'll be swed if He sprays me

223. I then was able to explain to Sgt. Batton what, took place, I also informed him that spence was lieing in order to cover-up his involvement.

224. Sgt. Batton immediately took me to medical an contacts his chom of command Captain smith.

225. while waiting on medical attention captain smith comes an questions me about the incident

226. I tell her everything that happened she in turn takes me out of medical for no apparent Reason an places me into a intake lockdown cell an tells the staff I'm R.O.C.#.

227. After 2hrs I'm finally able to convince the guard that I am not R.O.C.#. I was in medical

228. That Captain smith done that to prevent any investigation an protect co#spence

229. Before Being released I make several copies of the incident report, the nurse is Given a copys a places one in my medical Record, Captain. Smith, Assist. Warden, Norman an Unit Manager Robinson, Are given copies.

230. Unit-Manager Robinson calls me into her office an reviews the video footage with me an confirms my incident report.

231. I state I need to be shipped to a safe facility. That this facility is a death trap

232. I state no doors are ever secured, Inmates are allowed to walk around for years, an understaffing an violence is common.

233. After attackers through her own investigation

| Review History of Assault |
|---|
| |
| Review Victim Sensitivity |
| |
| Review History of Sex Offense |
| |
| Review Conditions of Supervision |
| |

234. She establishes the identity and location of both the attackers

235. One's located in pod WC, my location the other in WB, yet she takes no action against these violent offenders.

236. Instead she ask me IF I would like to be placed in P.C.

237. I state though my lifes obviously in danger seeing as how you by your actions are refusing to take action against the known assailants...

238. I cannot afford to be placed in p.c. with no access to a law library

239. I states that it is common knowledge, that P.C. is one of the most dangerous places to be at T.T.C.C.

240. Numerous Inmates have been killed in P.C. at T.T.C.C.

241. I state that she along with every official at T.T.C.C. are aware of the numerous deaths that have taken place due to the drug trafficking, Overflow of weapons, understaffing of security

242. Allowing gangmembers to run there own pods, an surely had I Been killed early this morning my death as well would have been covered up.

243. She stated thats probably true but what can I do Im a Unit manager.

244. I responded stating that Robinson was being deliberately indifferent to this clear act of Prisoner on prisoner violence

245. She responded "cry me a River"

246. I responded you are aware that risk of serious harm exsist against me an you are clearly Disregarding that Risk By your callous Response an actions.

247. She responded By Asking "who are you supposed to be Johnny Cochran"

248. She then stated "Maybe if you learn to close your mouth an stop making trouble for T.T.C.C. employees things like this wont happen.

249. I demanded an emergency transfer

250. She responded By stating "Is that supposed to be a joke" "get out of my office"

251. I then on 1-11-23 Filed another grievance /affidavit Unsworn Declaration to the T.N. Governor Bill lee, T.D.O.C. Commissioner / Chief warden of T.T.C.C., CEO Hammond, and Ceo Himhinger as well as to the director of D.O.C.

252. I informed them of everything I stated above from line 159 to 251

253. I also notify them that 1 of the assailants who was located in my unit admitted on 1-11-23 that Dir. Fairbanks paid him an the other kitchen worker in heroin...

254. In exchange they agreed to kill me in my sleep. He stated Cot#spence was aware an had Been paid as well to look the other way.

255. The attacker was put out of the pod by other inmates this someday due to him being High on heroin, this is all on video.

256. I charged every supervisor by there oath of office to take action...

257. I stated there were a painfully clear casual connection established from the documented abuse at T.T.C.C.s.

258. History of widespread abuse abuse an that I personally have put all supervisors on notice of the need to correct the allegede deprivations...

259. Yet they have failed to do so an it was clear that there improper customs have resulted in deliberate Indifference to not only my rights By every inmate at T.T.C.C.

260. I specifically noted the dangers of T.T.C.C's entire compound, the mixing of close custody, medium and minimum inmates Based on the managment customs an practices...

261. How they place individuals with behavior problems together in singles housing unit in general Population / lack of programming opportunities...

262. I noted that the lost 4 deaths at T.T.C.C. are a manifestation of the safety problems this kind of managment creates.

263. I warned that "weapons, cocaine, meth, fentynol, violence, Death, Murder, an O.D.s continues to contribute to serious safet concerns as well as official corruption

264. That contraband searches continue to be sporadic and ineffectual, Despite these defficiencies, these supervisors failed to take action to improve supervision an monitoring at T.T.C.C.

265. I stated Due to the attack I suffered Black out's, uncontrollable migraines, insomnia, p.T.s.D an extreme paranoia

266. I then reprimanded the supervisors on notice, of the exsistance of the culture of abuse created By T.T.C.C. an con. clyde...

267. The res Case 3:23-cv-00081   Document 32   Filed 06/28/23   Page 21 of 32   PageID #: 176 prisoners, as well as inadequacies of the exristing customs an pratices to prevent violence...

268. T.T.C.C. Managment fostered the culture of violence By failing to provide an established grievance system

269. Failing to properly investigate and discipline acts violence, discouraging victims from reporting incidents of violence, and retaliating against prisoners such as myself who reported violences

270. In my current physical condition medical treatment was not provided due to Inadequate medical care, staffing and equipment.

271. This too all supervisors did not dispute, yet just as well, took Know action.

272. On or about Feb 9th 2023 from 4800 p.m. to 6:00 p.m. The guard let a man By the name of Stephan Beasely in our unit/pod WC in which it was known he was out of place.

273. The man having a life sentence for the murder of his wife an a Extreme history of violence approached me, with a knife tucked in his pants.

274. He said he had a message for me on camera from Chief Warden an Food Stewart Fairbanks, wagner, an Baily.

275. I asked what it was an I was hit on video by 2 devastating blows causing hearing damage to my left ear nerve damage under my left eye, and increased vision damage in my left eye.

276. He stated that I was to keep my damn mouth shut.

277. He then freely was let out the Unit by the same guard.

278. This took place on video in front of over 100 inmate witness's.

279. I tried to get Case manager Bail To do a incident report an provide medical attention due to my injuries.

280. He refused said he wasnt getting involved I was causing too much trouble.

281. For 3days I would seek his assistance due to be on compound lockdown

282. I tried Unit manager Robinson she also stated she wasnt getting involved as well.

283. On 2-14-23 betwee 10 am to 1300 p.m. on camera I met with Chief harris

284. I gave her the 51-C report told her no staff would get involved, and that I needed Copies of my 51-C.
Ouring count in WC pod.

285. Chief harris took my 51-C an never returned, took action to protect me nothing.

286. Around march 3, 2023 I was Informed that I had a detamer out of El Paso for a pending charge cass # 2010000149 By case manager Bail

287. I contacted By certified mail El Paso Judge Mendoza, Governor of TX, Sheriff Richard Wiles of El Paso, TxDO.C Commissioner, Chief Warden of T.T.C.C., Governor of T.N.,

288. I informed all party's that they were committing fraud.

289. I produced Federal IcAos Documentation showing that I was convicted in 2015 for this crime an transferred to Kansas.

290. Where I was placed on parole under K.D.O.C as a convicted felon for this charge

291. I produced Parole documentation from K.D.O.C., the Governor of kansas verifying My statements,

292. I also Informed them that any and all state officials involved are in violation of 18 U.S.C. 241 an is a federal crime.

293. Case manager Bail around About April 1st 2023 came to me and spoke to me in prhate

294. He stated due to the constant complaints I had made against T.T.C.C. employees

295. And the threat of the potential collateral attacks against T.N., state officials including the T.D.O.C Comminioner

296. It has been worked out to get rid of you, you will recieve no due process of law No court hearing Nor a chance to contest the extradition

297. Sheriff Richard wiles has been compensated an is on Board, he stated I would Be extr

```
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K03106926  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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                    K02927090  (KS)
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
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
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
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
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
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
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
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
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
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
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
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
```

MISCELLANEOUS NUMBERS
KS33111037                     UNKNOWN                        UNKNOWN

```
SEX                            RACE
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           WHITE
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
MALE                           BLACK
```

```
HEIGHT                         WEIGHT                         DATE OF BIRTH
5'09"  (2008-11-22)            169  (2008-11-22)              1986-09-01
5'09"  (2009-02-02)            169  (2009-02-02)              1986-09-01
5'09"  (2009-04-30)            169  (2009-04-30)              1986-09-01
5'09"  (2009-04-30)            169  (2009-04-30)              1986-09-01
5'09"  (2009-10-30)            169  (2009-10-30)              1986-09-01
5'09"  (2010-12-27)            169  (2010-12-27)              1986-09-01
5'09"  (2012-01-25)            160  (2012-01-25)              1986-09-01
5'09"  (2012-01-25)            160  (2012-01-25)              1986-09-01
5'09"  (2012-01-31)            160  (2012-01-31)              1986-09-01
5'09"  (2012-02-08)            169  (2012-02-08)              1986-09-01
5'09"  (2012-02-27)            169  (2012-02-27)              1986-09-01
5'09"  (2012-02-28)            169  (2012-02-28)              1986-09-01
6'02"  (2012-04-02)            160  (2012-04-02)              1986-09-01
5'09"  (2012-05-30)            169  (2012-05-30)              1986-09-01
5'09"  (2012-06-01)            169  (2012-06-01)              1992-04-24
5'09"  (2012-08-07)            165  (2012-08-07)              1986-09-01
```

Case 3:23-cv-00081   Document 32   Filed 06/28/23   Page 24 of 32 PageID #: 179

298. He stated that had I not made complaints against fairbanks, wagner, Daily, smith, Spence, The Warden or the Commissioner, this may have been prevented

299. The bottom line is they want you gone in order to prevent this from going any further

300. I stated this was a federal crime an a clear criminal conspiracy to deprive me of my Rights.

301. He stated that one day soon I would learn that when money is involved the law doesn't exsist.

302. On 4-3-23 I was called to intake were I was met by an unknown plained clothed U.S. officer allegedely from U.S. Dept. of Corrections.

303. He stated someone paid some big money to the U.S. Dept of Corrections Agency To fly me to el paso sheriffs dept that day.

304. I was told to sign certain release forms in which captain Smith erase or rather crossed out my signature on the documents...

305. Due to it Being A Free an Excepted Masonic Esoteric Symbol, she erased my hand marked signature as a sign of disrespect for filing a lawsuit against her.

306. Since then I've been unlawfully Incarcerated under sheriff Richard wiles Denied access to courts an proper medical attention for the injuries sustained at Trousdale,

307. I sought medical help several times with E.P.S.O through Request an grievance due to Brain injuries

308. I was denied a Doctor "neurological" with equipment.

Sig _____ m.m. 3⁵

Devoris Newson #9596176
12501 Montana Ave,
El Paso T.X. 79938

309. I've sought Access to Courts through Request an grievances concerning the case. With E.P.S.O. (Law Library)

310 Requested Case law, Attorney Phone calls, paper, pen, copy's, Certified mail for legal correspondence

311. Gnvelopes, several times through Request an grievances to no avail

312. As I have observed All inmates are denied these rights here at E.P.S.O

313. I personally have addressed sheriff Richard Wiles several times concerning access to law library and the abvious lack of adequate traning of staff when it comes to access to courts,

314. He refuses to act or respond.

315. I continue to suffer From Sleep Paralyze, Migraines, Nose Bleeds, an Blackouts

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____


_____

V. RELIEF REQUESTED:

Count I 1. * Core Civic : $10,000,000 Monetary damages $5,000,000 punitive $5,000,000 Compensatory U.S. 8th amend. violation, "Deliberate Indifference to safety, Failure to Protect"

A. "Deliberate indifference to medical needs", "understaffing", "Failure to properly Train staff" "Cultivating Unsecure, violate Conditions" Against Prisoners"]

Count II 2. * Core Civic : $10,000,000 (punitive damages) (compensatory dmgs) (1st & 14th Retaliation Claims U.S. Const. Amend)

CEO Hammond Trinity Food Inc. 3.B. Count III 8th amend. Failure to Protect Claim Based on deliberate Indifference to plaintiffs Individualized Risks pursuant to 42 U.S.C. 1983 against Core Civic $10,000,000 punitive an compensatory (Core Civic)

CEO Hammond Trinity Food Inc. C. * Ceo Dan Hinninger 8th Amend Failure to Protect Claim Based on Deliberate Indifference to "Prisoners" $10,000,000 punitive an Compensatory (Individual compacity)

Count V * Ceo Dan Hinninger 8th Amend Failure to Protect Claim Base on Deliberate CEO Hammond Trinity Food Inc. D. failure to train staff, cultivating violent culture. Indifference to Plaintiff's Individualized Risk, Medical Care, understaffing, $10,000,000 punitive an Compensatory (Each Individual Compacity)

Count VI * CEO DAN Hinninger 42 U.S.C. 1985 (a)(3) Conspiracy to deprive plaintiff of his 5th, 14th U.S. Const. Rights to substantive an

Governor of T.N. E. And for any such further relief this Court deems just and proper. Procedural Due Process of Governor of T.X. Law $10,000,000 punitive damages $10,000,000 compensatory (Individual Compacity) Sheriff Richard Wiles T.D.O.C. Commissioner I or We do hereby certify under penalty of perjury that the above complaint is true Warden of T.T.C.C. ? Case manager Bail 

and accurate to the best of my or our knowledge, information, memory and belief.

Signed this the 13th day of May , 2023 .

Signature: _____

No.: 9546176

Address: Trousdale-Turner Correctional Center VOID E.P.J.A. (323)
140 Macon Way 12501 Montana Ave.
Hartsville, TN 37074 El Paso T.X. 79938

COUNT VIIII 1st amendment Denial of Access to Courts claim Against Sheriff Richard Wiles Individual an Official Compacity $500,000 $500,000

Notary: _____

Count X 8th Amendment Denial of medical care Sheriff Wiles Individual Compacity $500,000

Date: _____

Count VII 8th Amend. Failure to Protect Claim Based on Deliberate Indifference to Plaintiff Individualized Risk pursuant to 42.U.S.C. 1983
1 Governor of T.N. 2nd D.A.G 3 T.D.O.C. Commissioner, 4 Warden of TTCC, 5 STEWART DIRECTOR, 6 Fairbanks, 7 wagner, 8 Daily, 9 Chief harris, 10 Unit Manager Robinson, 11 Case Manager Bail, CO# 12 Spence, 13 Captain Smith, 12 CO# Spence, 13 Leon $5,000,000 Each Individual Compacity

Count VIII 8th Amend. Violation Failure to Protect Claim Based on deliberate Indifference ($5,000,000 Individual Compacity EACH) Towards prisoners CO# Spence, Captain Smith, Chief Warden of TTCC, Unit Manager Robinson, Chief harris, Fairbanks, Daily, wagner, CEO Hammond, Trinity Food Inc., CO# LEON, T.D.O.C Commissioner, Governor of T.N.

Count VIII 1st, 8th, 14th Retaliation claim
Governor of T.N. T.D.O.C Commissioner, Fairbanks, wagner, Daily, Leon, Spence, Captain CO# CO# Smith, Chief Harris, Unit Manager Robinson ($5,000,000 Individual Compacity)



Devoris-Newson #9546176
E.P.J.A. (323)
12501 Montana Ave.
El Paso, Tex. 79938



RECEIVED

JUN 2 7 2023

U.S. District Court
Middle District of TN

U.S. Clerk of Courts office
Middle Dist of Tenn
719 Church Street
Nashville T.N. 37203

6-21-23
LEGAL MAIL

