In the U.S.D.C. middle dist.
at Nashville T.N.
D. Newson v. Trinity Food service et. al

7-11-21  Case # 3:23-CV-00081

## Notice Change of address

The Sheriff as transfered me from Downtown to his annex

Address:
DEVORIS A NEWSON 954176
E.P.J.A. (323)
12501 Montana Ave.
El Paso T.X. 79938

RECEIVED
JUL 19 2023
U.S. District Court
Middle District of TN

## Notice to clerk (NEED CASE SUMMARY DOCKET SHEET)

I have been requesting a copy of the case summary docket sheet for the last 2 months I don't know if you have sent a copy, because I have not recieved it please forward a copy to the updated address above

## Question For Clerk

I do not understand why you sent over 18 summons back to me In the likely hood that my amended motion is accepted By the courts I will be required to resend numerous documents again to you the first time you resent them you told me to fill them out correctly, you stated nothing about not having a court order to issue the summons, nor is it required in order for you to except my summons it would seem at this time that you are attempting to sabotage my case...? For I have recieved no court order demanding you return my summons.

Sig: [signature]
Devoris Newson 954176
E.P.J.A. (323)
12501 Montana Ave.
El Paso T.X. 79938

Envelope:

From:
D. Navarro # 9314718
E.P.S.O. (A23)
12501 Montana Ave.
El Paso, TeXas 79938

To:
U.S. Dist. P. Clerk
U.S. Courthouse
Nashville, Tn. 37203
RECEIVED
JUL 19 2023
U.S. District Court
Middle District of TN

GENERAL INMATE CORRESPONDENCE
EL PASO COUNTY
JAIL ANNEX

EL PASO TX 798
RIO GRANDE DISTRICT
13 JUL 2023 PM 2 L

