In the U.S.D.C. Middle Dist.
at Nashville TN.
D.A.N vs. Trinity Food Serv.
Case: 3:23-cv-00081

RECEIVED
JUL 26 2023
U.S. District Court
Middle District of TN

Settlement offer Notice
to K & L Gates LLP

Notice to court that a very generous private settlement was offered to K&L Gates LLP on 7-14-23.

Sig: [signature]
Devoris Newson 954617?

