In the U.S.D.C. Middle Dist.
at Nashville, T.N.
D.A.N. vs. Trinity Food Ser.
Case # 3:23-cv-00081

RECEIVED
JUL 27 2023
U.S. District Court
Middle District of TN

This affidavit is in support of Request of entering default judgment against defendants, Wagner an Smith "Captain" and to my knowledge is truth. Sig: [signature] X6³⁰ 7-20-23

* On 6-28-23 Defendents Wagner an smith were served by the U.S.D.C. U.S. marshals complaint an summons giving them 21 days to respond

* It is now 7-20-23 To my knowledge niether party's has Responded nor chosen to defend the allegations Made against them. Amount due is 15 million against Both party's each. Attention "CLERK" (Motion for default Judgment From Clerk) In accordance with Fed. R. Civ. P. 55 (A) Party's Wagner an Smith has failed to plead or otherwise defend, that failure is shown by affidavit up above, the clerk "must" at this time enter the party's default. 55(B)(1) $15 million each

Certificate of service
Filed this 20th day of July 2023 Sig: [signature]
Devort Wenson

Deioris A. Neusom
E.P.C.A. (323)
12501 Montana Ave.
El Paso, TX
79938

FEDERAL INMATE CORRESPONDENCE
EL PASO COUNTY
JAIL ANNEX

RECEIVED
JUL 27 2023
U.S. District Court
Middle District of TN

Clerk of U.S. Dist. Ct.
U.S. Courthouse, Room 800
Nashville, TN. 37205

EL PASO TX 799
RIO GRANDE DISTRICT
21 JUL 2023 PM 2 L

37203-999555