UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DEVORIS ANTOINE NEWSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action Number 3:23-CV-81** |
| | ) | **District Judge Eli J. Richardson** |
| **TRINITY SERVICES GROUP,** | ) | **Magistrate Judge Barbara D. Holmes** |
| **INC., ET AL,** | ) | **Jury Demand** |
| | ) | |
| Defendants. | ) | |

**NOTICE REGARDING PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT**

Plaintiff Devoris Antione Newson ("Newson") filed an Affidavit in Support of Default Judgment wherein he moves the Court to enter default judgment against Cameron Smith ("Smith") and Steward Wagner ("Wagner"). (Docket Entry 40). Smith previously was an employee of CoreCivic of Tennessee, LLC and previously worked at the Trousdale Turner Correctional Center ("Trousdale"). The service documentation indicates that Newson attempted to serve Smith at Trousdale and specifically at 140 Macon Way, Hartsville, Tennessee 37074 on or after June 28, 2023. (Docket Entry 33). Defendant Codey Spencer respectfully notifies the Court that Smith no longer is an employee of CoreCivic of Tennessee, LLC and that Smith no longer works at Trousdale. Therefore, Smith could not properly have been served at Trousdale.[1]

---

[1] Wagner was not an employee of CoreCivic of Tennessee, LLC and instead worked for a separate company that provided food services at Trousdale.

316280062.1

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37201
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Codey Spencer*

## CERTIFICATE OF SERVICE

  I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel and parties via U. S. Mail, first-class postage prepaid, this August 4, 2023, on the following:

Devoris Antione Newson (#9546176)
E.P.J.A.
12501 Montana Avenue
El Paso, Texas 79938

/s/ Erin Palmer Polly