# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Devoris Newson | COURT CASE NUMBER: 3:23-CV-00081 |
| DEFENDANT: Captain Smith | TYPE OF PROCESS: Summons/complaints |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Captain Smith
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): TTCC 140 Macon Way, Hartsville T.N. 37074

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Devoris Newson #974676
G.E.O. (325)
12501 Montana Ave.
El Paso T.X. 79738

Number of process to be served with this Form 285: 2
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [ ] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER
DATE: JUN 28 2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2-3
District of Origin No. 75
District to Serve No. 75
Signature of Authorized USMS Deputy or Clerk: Kevin A. Manley
Date: 6/29/23

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 8/11/023
Time: 3:27 pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | -0- | -0- | 8.00 | -0- | 8.00 |

**REMARKS:** 06/29/23: SENT VIA CERTIFIED MAIL
8/3/23 - Accepted service by certified mail.

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Devoris Newson <br> *Plaintiff* <br> v. <br> Captain Smith Et.Al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:23-cv-00081 <br> ) <br> ) <br> ) |

RECEIVED 2023 AUG 11 PM 3:20 U.S. MARSHALS SERVICE MIDDLE DISTRICT OF TENNESSEE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Captain Smith
TTCC
140 Macon Way
Hartsville, T.N. 37074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Devoris Newson
G.P.J.A.
12501 Montana Ave.
El Paso, Tx. 79938

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 28 2023

Date: _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jennifer Williams**, who is designated by law to accept service of process on behalf of *(name of organization)* **Core Civic** on *(date)* **8.3.23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **8.3.23**

Server's signature

**C. Renea Watts, Warden's Asst.**
Printed name and title

**140 Macon Way**
**Hartsville TN 37074**
Server's address

Additional information regarding attempted service, etc:

## SENDER: COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Warden Vince Vantell
Trousdale Turner Corr Center
140 Macon Way
Hartsville TN 37074-2080

3:23-CV-00081

9490 9169 0224 6689 3229 02

**2. Article Number** *(Transfer from service label)*
9414 7169 0224 6689 3229 84

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature:** ( ☐ Addressee or ☑ Agent)
X  *SB*

**B. Received By:** *(Printed Name)*

**C. Date of Delivery**
7-3

**D. Is delivery address different from item 1?** ☐ Yes ☐ No
If YES, enter delivery address below:

**3. Service Type**
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)   Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED

23 JUL 11 AM 9:29

U.S. MARSHALS SERVICE
S/MIDDLE TENNESSEE

USPS TRACKING #

9490 9169 0224 6689 3229 02

UNITED STATES POSTAL SERVICE

Marnie Lehew
United States Marshals Service
719 Church St Ste 2500
Nashville TN 37203-6940

PS Form 3811 Facsimile, July 2015 (SDC 3930)