UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEVORIS ANTOINE NEWSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action Number 3:23-CV-81 |
| | )   District Judge Eli J. Richardson |
| TRINITY SERVICES GROUP, | )   Magistrate Judge Barbara D. Holmes |
| INC., ET AL, | )   Jury Demand |
| | ) |
|     Defendants. | ) |

## REQUEST REGARDING SERVICE ON CAMERON SMITH

On August 15, 2023, a Process Receipt and Return was filed with the Court. (Docket Entry 43). The Process Receipt and Return indicates that Defendant Cameron Smith ("Smith") was served with the Summons and Complaint on August 3, 2023, at the Trousdale Turner Correctional Center ("Trousdale"). (*Id*. at 3). Service on Smith in this manner was not proper. Smith no longer is an employee of CoreCivic of Tennessee, LLC and no longer works at Trousdale. As a result, the employee of CoreCivic of Tennessee, LLC who accepted service of process on Smith was not authorized to do so, meaning that service of process on Smith has not fully been achieved. The undersigned counsel are willing to file Smith's last-known address under seal with the Court so that the United States Marshals Service may attempt service of process on Smith through his last-known address. The undersigned counsel thus respectfully request that the Court find that Smith was not properly served with the Summons and Complaint at Trousdale and direct the United States Marshals Service to attempt service on Smith through his last-known address, which the undersigned counsel are willing to file under seal with the Court.[1]

---

[1] A Process Receipt and Return also was filed with the Court on August 15, 2023, regarding "CO Spence." (Docket Entry 44). CO Spence is Correctional Officer Codey Spencer, and he already has filed an Answer in this matter. (Docket Entry 24).

316366524.1

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37201
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Codey Spencer*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel and parties via U. S. Mail, first-class postage prepaid, this August 16, 2023, on the following:

Devoris Antione Newson (#9546176)
E.P.J.A.
12501 Montana Avenue
El Paso, Texas 79938

/s/ Erin Palmer Polly