719 CHURCH STREET, SUITE 1300
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

08/15/2023
US POSTAGE $001.59²
ZIP 37203
041L11258003

Devoris Antoine Newson, #9546176
E.P.J.A.
12501 Montana Avenue
El Paso, TX 79938

MIXIE 799 DE 1
RETURN TO SENDER
NOT KNOWN
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RECEIVED

AUG 2 9 2023

U.S. District Court
Middle District of TN

# US MARSHALS RECEIPT AND RETURN
*Instructions for Service of Process by U.S. Marshal*

COURT CASE NUMBER: 3:23-cv-00081

TYPE OF PROCESS: Summons/complaint

NAME OF PROPERTY TO SEIZE OR CONDEMN

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service U.S.A.

Business and Alternate Addresses

NUMBER DATE JUN 28 2023

BELOW THIS LINE

Deputy or Clerk     Date     6/29/23

In "Remarks", the process described on the address inserted below.

(below)              Time  3:22   ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy

Received to U.S. Marshal* or ..
of Refund*)

RECEIVED

AUG 2 9 2023

U.S. District Court
Middle District of TN