IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DEVORIS ANTOINE NEWSON | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00081 |
| | ) | Richardson/Holmes |
| TRINITY SERVICES GROUP, INC. *et al.* | ) | |

**O R D E R**

Pending before the Court is the motion to dismiss (Docket Entry No. 48) filed by Defendant Codey Spencer. The deadline for Plaintiff to file a response to the motion is **November 17, 2023**. Plaintiff's response shall not exceed twenty-five (25) pages. Defendant shall have fourteen (14) days after Plaintiff's response to file a reply, which shall not exceed five (5) pages. No sur-reply from Plaintiff is permitted. Plaintiff is advised that the failure to file a response may result in the motion to dismiss being granted.

So ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge