CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
719 CHURCH STREET, SUITE 1300
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

RECEIVED
NOV 17 2023
U.S. District Court
Middle District of TN

Devoris Antoine Newson, #9546176
E.P.J.A.
12501 Montana Avenue
El Paso, TX 79938

NASHVILLE TN 370  16 OCT 2023 PM 6 L

DISTRICT COURT FOR THE
ICT OF TENNESSEE
LE DIVISION

RECEIVED
NOV 17 2023
U.S. District Court
Middle District of TN

)
)
)
)  NO. 3:23-cv-00081
)
)  JUDGE RICHARDSON
)
)
)
)
)
)

RDER

and Recommendation ("R&R") of the Magistrate

tiff's motion for a preliminary injunction (Doc. No.

he R&R have been filed, and the time for filing

een (14) days from receipt of the R&R in which to file
h the District Court. For pro-se plaintiffs, like Plaintiff,
by three days to allow time for filings to be transported

lawsuit, Plaintiff filed two change-of-address notices
department in El Paso, Texas. (Doc. Nos. 12, 37). The
fferent address in El Paso based on his having been
However, the docket reflects that the most recent court
ly, the El Paso address provided by Plaintiff in Doc. No.
able. *See* Doc. No. 46. While the Court appreciates the
an unreported change of address, "[i]f Plaintiff's address
the court with notice of any and all changes in [his]
WL 163765, at *1 (6th Cir. May 2, 1994). Moreover,
)f this fact and ability to comply, as evidenced by the
notice regarding a new address." *Surgenor v. Moore*,
(S.D. Ohio Mar. 15, 2019). Accordingly, the Court is
ntiff that the R&R has been filed or to give Plaintiff the
opportunity to file objections beyond the 17 days already afforded to him.