U.S.D.C. "Nashville "TN." 3:53(?)

Devoris A. Newson

vs.
CASE 3:23 cv 00081

TRINITY FOOD STAFF

Notice of Address change of address
(12501 Montana Ave, E.P.J.A, El Paso TX. 79938)
(Pod 1430 room 29A, Is where I am unlawfully Incarcerated Due to this
Suit an defendants like Sheriff Richard Wiles,
who has prevented me for [illegible] than making contact.

Devoris A. Newson 09546176
Nov 1, 2023

DEVORIS A. NEWSON #09546176
E.P.J.A. (PD 1430) (29A)
12501 Montana Ave
EP, TX 79938

**RECEIVED**

FEB 26 2024

U.S. District Court
Middle District of TN



Case 3:23-cv-00081    Document 55    Filed 02/26/24    Page 2 of 2 PageID #: 278