Devorts Newsom
vs.
Trinity Food St.

RECEIVED
FEB 26 2024
U.S. District Court
Middle District of TN

IN THE U.S. District Court
of Nashville TN.
OES "3" Chapt.
P.H.M.M.

NOV, 1 2023

Case: 3:23 cv 00081
7th Amend. Jury Trial Dem

# OBJECTION TO SPENCERS MOTION TO DISMISS

There Are Genuine Issues of fact concerning Constitutional Questions of Law that can only be answered By The Jury. Spencer has been accused of 8th an 14th amendment violations under Retaliation, Cruel an Unusual Punishment, an down right assisting" the murder of a innocent man falsely an Unlawfully imprisoned Due to several officials violating U.S. Const. Art.VI cl. 3 "Oath of office" To uphold the Const. yet they make an outright mockery of the "Magna Carta", he an his Lawyers have chosen to refuse several settlement offers, Due to Defendants attempts To silence me by any means necessary striking file blows outside the Courtroom, the body is sick an this nation is being destroyed an the decision has been set in stone by the Rulers to clean the earth Because of Individuals As these, It is Time that the Federal Court Make a Nation wide example, that corruption an disrespect of the "Federal Constitution (which) is Master Kundalini Will NOT BE Tolerated, Wield "Judge" that Almighty, Valueable, symbolic GAVEL with fury an all power. As a ruler, symbolic priest, an Royalty of this Nation Judge Righteously, Let It Be Known ~~it is not race~~, ammunition, Men, or weapons That Rule this land But the "Magna Carta" is upheld By pillars of "Jachin" an "Boaz" By Journeymen as yourself walking in the light of Knowledge an Power. As chief an a Master Cornerstone, walking in the path of our Founding fathers, It is time Judge, that the Nation knows that the True Builders The Masters are still here. Never the less I will give the proper arguement in due form so that valuable Just-I-CE @ Prevails.

"Constitutional right to trial by jury in suits at common law will be scrupulously Safeguarded by Supreme Court. Lyon v Mutual Ben. Health & Acci. Asso. 305 U.S. 484, 59 S.Ct. 297,

"If legal Claim is joined with equitable claim, right to jury trial on legal claim Including All issues common to both claims, remains intact; right cannot be abridged by characterizing legal claim as incidental to equitable Relief sought Tull v United States, 481 U.S. 412, 107 S.Ct. 1831"

* Plaintiffs claims of 8th an 14th amend const. violations against spencer are not limited to claims based on substantive right to money damages, as the Attached additional Relief claims show Plaintiff request Declatory as well As Injunctive Relief. Requesting Did the defendants violate ART VI cl.3 An thus Break There Oaths of office, an a Injunction Requesting they Be Removed from office for Being Oath Breakers an Thus federal Law Breakers Thus Legal Claims an equitable claims Establish Spencers Motion as "moot" Tull vs U.S. 481 U.S. 412

2ndly I have asked the Courts by way of previous motions to activate ART III Common Law Jurisdiction The Kings bench, this has never been decided thus to Attempt ~~to rule at this point would be~~ frivolous an merely interlocutory

Doris Newson
v3

In the USDC at Nashville

Trinity Food Staff

Case 3:23 cv 00081
2-14-24

**9 additional claims or Reassertion of Claim**

359. On October 11th 2002 In Retaliation for speaking out against Trinity Food Director Fairbanks, Daily, an Wagner
360. Wagner was told by Fairbanks to file a false write-up claiming she was not at work that morning
361. Around 5:00 am on I stole a 30 inch pan of onions out the kitchen an owed 40.00 dollars
362. Wagner did as she was told an I was fired
363. I took the write-up to Chief Harris around October 26th upon her arrival to my unit.
364. Chief Harris took it reviewed it an trashed it because of her relationship with Director Fairbanks To keep me from using it as evidence.
365. On or around Aug 30th 2023 Sheriff Richard Wiles or his deputies to confiscate every legal document an piece of evidence I had concerning this case in which they did.
366. Sheriff Richard Wiles an the "Coalition" (Group of organizations Including chief of EPPD an his police department) (VTCL, OC, Salvation Army, Endeavors, EPPD an Inspire Staff)
367. Have tried to murder me over 200 hundred times starting a Federal Investigation from Aug 1, 2023 until Feb 5th 2024 I Retaliation for filing this suit

Additional claims for Relief: 8th Retaliation Against Sheriff Wiles Individual / Official $50,000,000 Apiece

10. 42 U.S.C 1981, 1985, an 1986 violation claims against all Defendants

Monetary Damages against Each Individual Compacity an official $10,000,000 Apiece under each claim 1981, 1985, an 1986, 8th Amend Retaliation claim against Fairbanks, Wagner, an Daily an Chief Harris Individual an official compacity $10,000,000 apiece for Each

Declatory Relief, A order from the Judge and Jury stating my 1st 4th 8th an 14th Amended Rights were violated

2. All state officials accepts (Gov of TN. an Gov of TX) "Brethren" violated there oath of office   Exempt from Declatory Orders

Injunction/Injunctive Relief

* All Defendants found to have violated the Oath, Removed from office
* All Defendants found to have violated my rights fired/Removed from office
* Federal Investigation be initiated/an all Defendants prosecuted
* Federal security be provided hands on for Plaintiff an his children an the Mothers until the conclusion of this entire matter.

Certificate of Service

Additional claims an Relief served on partys on filed with the clerk



D. Newsom #7846176 3° Elizabeth
EPSA POD(430) (G) O.E.S. Ch. 3°
1250 Montana Ave. Robin (908)
El Paso TX, 79938

SEAL
Solomon

USDC
801 Broadway Ave.
Nashville, TN. 37203

RECEIVED
FEB 26 2024
U.S. District Court
Middle District of TN

General Inmate Correspondence
El Paso County
Annex

EL PASO TX 798
RIO GRANDE DISTRICT
16 FEB 2024 PM 2 L

FREEDOM
FOREVER/USA