Devonte Henderson
vs.
Trinity Food Staff.

U.S.D.C. Court of Nashville T.N.

Pg 1 of 8

RECEIVED 3:23-CV-00081
MAR 01 2024
U.S. District Court
Middle District of TN

## Omnibus Motion

### Judicial Notice

* All motions/orders that has been entered thus far are interlocutory thus can an will be challenged in this Omnibus Motion due to the courts failure to rule. Initially on plaintiff's Request for the Scheduling of a Jury trial, his response

* challenging the judges motion/order to correct his signature and the plaintiffs Request to activate the Kings bench Art III court after the Judge is completely aware that he is under double oath to uphold the Constitution. Thus any Motions an or orders filed that have not been addressed will be at this time (Note: No offense Judge. I'm just playing the game. in search of the treasure.)

Citation of Authority:

### Motion for temperary Injunction
#### Request

The Plaintiff in retaliation by sheriff Richard Wiles for placing him on the suit, has been placed in the psychiatic ward asylum side of the Jail in between 2 Lunatics who are certified insane, All access to the law library has been denied an all records concerning this case including The suit itself has been destroyed I have no way of getting copy's of the motions orders or nothing at this time, which leaves me no way to properly file a motion or represent muself at this TIME, seeing as how the Judge seeings that its over 20 defendants an many complex issues requiring expert testimony from doctors, lawyers an investigators. Decided to not allow me to be given an attorney at this time, An injunction is needed to protect the plaintiff's rights at this time, to a fair trial an equal protection of rights, an access to courts all under the 14 amend. of the U.S. Constitution

Issues to be noted: 1. Plaintiff is denied all access to the law library

2. Plaintiff is denied all access to medical care
3. Plaintiff is denied all access to his proper Jewish kosher meals.
4. Plaintiff legal material all documentation concerning this case, an Jackson T.M. case criminal court of appeals has been confiscated an destroyed by sheriff Richard Wiles an has been locked in an asylum for psychotic people without due process of law or just cause, in order to torcher plaintiff
5. They the sheriff's an E.P.d have had/paid a Judge Humberto Acosta, a Jail Magistrate to appoint a public Pretender Patrick G. Gabaldon in a ex-parte proceeding on 2-9-2024 In which I was not present nor did I consent to this in violation of there oaths of office entering a clear conspiracy to violate my 5th, 6th, 8th an 14th Const. Rights as well as 4th

(Note though this is irrelevant to the injunction request it is necessary for the Judge to be aware of what illegal actions your partys are taking to silence me an hinder the proper administration of Justice for this case.

6. I have no way to make copies of any motions papers or anything for this matter an no materials or legal tools to properly serve all partys, I cannot investigate litigate or properly prepare for this case.

Devoris Newson
vs
Trinity Food ET. AL

U.S.D.C. Nashville, TN
pg. 2 of 8
Omnibus motion
continuation

case: 3:23-cv-00081
2-19-24

Preliminary Injunction / Temporary Restraining Order

7. Several Request through exhaustion of administration Remedies have gone ignored The mail man refuse to produce the last yrs worth Records which will show the Tampered with federal correspondence, excepted mail I never signed for nor was ever put on notice of Spencers frivolous unlawful motion to dismiss the entire matter involving 20 defendant him being only one of 20 not legally authorized to speak for anyone but himself.

8. I am unlawfully with out due process of law held in a psyche ward on 24 hr lockdown beside lunatics who make demonic strange noises an bang on the walk every night to torcher me for my incistence off pursueing this matter.

9. Extra ordinary circumstances at this time mandate Preliminary Injunction or Temporary restraining order be put in place at this time. To prevent immediate irreparable harm an a total miscarriage of Justice. Denying in or abridging the plaintiff's 5th 6th an 14 amendments as well as eighth, 5th due process (Procedural an substantive) 6th Right to impartial trial an effective assistance of counsel, 7th Amendment Jury trial Demand involving Questions of Consti. law Monetary an equitable Relief Mandating Jury Trial Be enforced. as 8th amendment Cruel an unusual sadistic abuse by defendants In Retaliation for pursuing Civil matter, 1st amendment Retaliation for redress the government with grievance, 14th denial of equal protection of laws out of 2 thousand Inmates I am the only one discriminated against In a inhumane fashion with zero Justification.

★ 10. To prevent further file blows being taken at the plaintiff In order to litigate this matter. A Preliminary Injunction must be enforced an entered at this time Stating the following: Sheriff wiles to Allow Plaintiff full access to the law library 5 days a week to make phone calls, Internet legal research, make copies of Records, all tools be provided from proper access to courts Pens, pencils, paper, Stamps, envelopes Etc. Plaintiff Be Given a Law Library tablet 7 days a week from 7am until 10:30 pm To do legal research all requests strictly concern this case matter, An order Demanding all legal Mail Incoming an outgoing be signed By Plaintiff an given a copy for his records Including The Deputy must sign as well.

11. Produce the Names of all individuals who placed plaintiff in a psycho-ward to be torchered By Lunatics screaming foaming from the mouth, wiping snot, boogers, on plaintiff's door an peeing an defecating out the door leaving the plaintiff to inhale urine daily.

12. Provide plaintiff with his religious kosher meal so that he may have a well balanced mind In order to focus on the task at hand, In order to be effective an to fight efficiently within the legal bounds of civil litigation, plaintiff energies an aura/bio plasmic Energy Body must be at it's highest levels of vibrations of the 6 an 7th main energy portals he is one man facing over 20 individuals an 8 corporations alone.

13. All Sheriff's an Deputys be ordered to stop or not allowed to harass, torcher, poison assault or murder the plaintiff while he remains unlawfully incarcerated in E.P.S.O If they Refuse to obey the order place in the order that I am to be transferred To federal custody for the remainder of the proceedings for my own safety having been almost murdered intentionally By Eppd hispanic an Caucsion officers on video on 2-5-24 in order to silence me. In front of over 20 officers of law who consented to it on camera at booking 3:00 a.m. E.P.S.O 601 E. Overland Ave El Paso TX 79901

Certificate of service
Filed Document inadvertently at February 1930
forwarded by clerk to all partys.

Valentin Adriana

1º) I was in de Hospital

2º) I was Workik Porter in rasteurant

3º) day bay be better

4) You always be Something positive in life





Harris Dawson
vs.
Trinity Food et. Al

RECEIVED
MAR 01 2024
U.S. District Court
Middle District of TN

4 of 4

3:23-cv-00081

Argument on memorized citations of authority in support
also Request a hearing in court to present the facts openly.

Thus the plaintiff is due a preliminary Injunction, Due to the total abridging of plaintiffs rights By Defendant Sheriff Richard Wiles destroying all records, deny total access to courts an materials, an unlawfully holding plaintiff in a pshyco ward under false pretences, including hiding motions an court orders going all the way back to Oct 2023, plus stopping plaintiffs earlier attempts to address the courts previously. (They/he has went to the extent of locking me in cells for a week) (straight an refusing me Indigent Kit in order to prevent me being able to mail or right (Any thing) The plaintiff has established the burden of demonstrating the possibility not only but the plainly clear inevitable fact of ongoing an continuance Irreparable injury in addition to Being denied a fair chance at success on the merit Berda, 584 F.2d at 314.

Thus I also request a hearing in open court to be present by court order for U.S. Marshals TO TRANSPORT ME TO THE hearing from E.P.S.O. on the motions for preliminary Injunction in order to present facts demonstrating a interference with due process, statutory privilege to be represented by effective counsel an or be a self Represented effective counsel due to intentional Constitutional Deprivations resulting in Irreparable harm.

* Thus my propriety of a request for preliminary injunctive relief hinges on the significant threat of irreparable injury that is imminent in nature (Caribbean Marine Serv. Co v Baldridge, 844 F.2d 668, 674 (9th Cir 1988)

* I am very likely to succeed on the merits of my entire case due to the substantial fact that everything I've stated in the claims can be proven by VIDEO footage an State records. No Jury will rule that my rights were not violated an that Core Civic has not had numerous incidents such as mine before. They have been sued numerous times for things like this Causing Doj an even the President of the U.S. to take notice.

* In fact Cody Spencer an attorneys have admitted on record that Cody has violated my constitutional Rights of Due process, had my records not been destroyed an me being denied access to courts I'd attach it to this Motion however the courts have the records to review, when Cody Spencer argued against additional claims against him an admitted he violated my constitutional rights.

* Thus I have established the 2 prongs essential to the granting of my preliminary injunction. One I am more than likely to succeed on the merits of the case out of the defendants on mouth on Record. An 2 I am definitely likely to suffer from ongoing irreparable harm in the absence of Preliminary Relief. Thus, the balance of equities tips in my favor, an that the pre-Injunction Is in the public interest." Winter, 555 U.S. at 20

* Judge Barbara The very sole purpose of a preliminary injunction is to preserve the status quo ante litem pending a determination of the action on the merits (sierra forest Legacy v Rey 577 F.3d 1015, 1023 (9th Cir 2009) Thus even if you might feel or Judge the Injunction unnecessary I have offered the the temporary restraining order instead or as an alternative which as uno Preserves the status quo before a preliminary injunction hearing may be held which; its provisional remedial nature is designed only to prevent irreparable loss of rights prior to Judgment (Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers, 415 U.S. 823

* In closing to go further than what Cody Spencer request an come up with your own alternative of repercussions of a dismissal with prejudice an Quote case law in support Is clearly you acting outside your compacity as a Judge an practising law from the bench, clearly implying bias or incompetence threatening your double Oath of office an clearly implying a denial of my right to 7th amend Art III common law Jury trial an plain discrimination in violation of my 14th amendment Right. Not to mention Lowkey subterfuge Retaliation for putting the Gov of Tenn on the suit which you intentionally failed to mention in the facts of the case along with the rest of the partys, My 6th amended complaint was not denied an all were served by the U.S. marshals how did you forget to mention that in all the facts of the matter I simply have been Charged an required the only one talking is the one who admitted his Guilt already.



